# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jordan J. Potter

   Plaintiff(s),

vs.

Crane, Co., et al.

   Defendant(s).

Case # 2:20-cv-00276-RFB-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

   Ronald L. Hellbusch, Petitioner, respectfully represents to the Court:
   (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Lewis Brisbois Bisgaard & Smith LLP
(firm name)

with offices at 1700 Lincoln Street, Suite 4000,
(street address)

Denver, Colorado, 80203,
(city) (state) (zip code)

(303) 861-7760, Ronald.Hellbusch@lewisbrisbois.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

DCo LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>October 23, 1995</u>, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>Colorado</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Colorado State Courts | October 23, 1995 | 26094 |
| U.S. District Court, District of Colorado | June 24, 1997 | 26094 |
| Utah State Courts | May 29, 2002 | 9368 |
| U.S. District Court, District of Utah | July 12, 2006 | 9368 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> Utah and Colorado

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                             Petitioner's signature

STATE OF    Colorado    )

5                              )

COUNTY OF    Adams    )

6

7         Ronald L. Hellbusch  , Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9                                                        Petitioner's signature

10 Subscribed and sworn to before me this

11

12   3RD   day of   June  , 2020.          ERIKA M. GARDNER
                                                                       Notary Public
                                                                      State of Colorado

13                , Notary Public     Notary ID # 20164015398
        Notary Public or Clerk of Court     My Commission Expires 04-22-2024

14

15

16               **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
              THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate   Michael R. Smith  ,

19                                                                             (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

above-entitled Court as associate resident counsel in this action. The address and email address of

21

said designated Nevada counsel is:

22

23                           6385 South Rainbow Boulevard, Suite 600
                                          (street address)

24     Las Vegas   ,   Nevada   ,  89118  ,

25       (city)                        (state)            (zip code)

26    (702) 893-3383   ,  Michael.R.Smith@lewisbrisbois.com .

  (area code + telephone number)        (Email address)

27

28                                                        4                                                  Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ____Michael R. Smith____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Vicki L. Stringham, Vice President of DCo LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12641                          Michael.R.Smith@lewisbrisbois.com
Bar number                     Email address

**APPROVED:**

**DATED this** 29th day of June, 2020.


_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

Rev. 5/16



# Certificate of Good Standing
### and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

### RONALD LYLE HELLBUSCH

was admitted to practice in this court on
June 24, 1997
and is in good standing with no disciplinary history.

Dated: April 29, 2020

*Jeffrey P. Colwell*
Jeffrey P. Colwell, Clerk

AO 136

**CERTIFICATE OF GOOD STANDING**

# UNITED STATES DISTRICT COURT

District of Utah

I, D. Mark Jones, Clerk of the United States District Court, District of Utah, certify that

## Ronald L. Hellbusch

Bar # **9368**, was duly admitted to practice in this Court on July 12, 2006, and is in good standing as a member of the bar of this Court.

Dated at Salt Lake City, Utah on April 30, 2020



D. Mark Jones

*Clerk*

_____
*(By) Deputy Clerk*