NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
nwieczorek@clarkhill.com
Attorneys for Defendant
TELEFLEX

GERALD P. SCHNEEWEIS, CA State Bar No. 101331 (pro hac vice pending)
KYLE A. FELLENZ, CA State Bar No. 285752 (pro hac vice pending)
CLARK HILL PLC
One American Plaza, 600
West Broadway, Suite 500
San Diego, California  92101
Telephone:
Facsimile:
gschneeweis@clarkhill.com
kfellenz@clarkhill.com
Attorneys Schneewies and Fellenz will comply with LR IA 11-2 within 21 days

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER<br><br>Plaintiff,<br><br>v.<br><br>ARROWHEAD PRODUCTS, individually and as successor in interest to Arrowhead Rubber Company; CRANE CO.; DCO, LLC; EATON AEROQUIP, LLC; GENERAL DYNAMICS CORPORATION; GENERAL ELECTRIC COMPANY; GOODRICH CORPORATION f/k/a The BF Goodrich Company; HARCOSEMCO LLC f/k/a Harco LLC; HENKEL CORPORATION as successor-in-interest to Loctite Corporation and Dexter Hysol; HEXCEL CORPORATION f/k/a Heath Tecna f/k/a Ciba-Geigy; HONEYWELL INTERNATIONAL, INC., individually and as successor to Alliedsignal, Inc and The Bendix Corporation; IMI INDUSTRIES, INC.; IME INDUSTRIES, INC., individually and as successor in interest to Adel Fasteners; | Case No.: 2:20-cv-00276-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TELEFLEX INCORPORATED TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[FIRST REQUEST] |

| | |
|---|---|
| 1 | INDUSTRIAL MANUFACTURING COMPANY, as successor in interest to Arrowhead Products and Arrowhead Rubber Company; NORTHROP GRUMMAN CORPORATION; OLD ORCHARD INDUSTRIAL CORP., PARKER-HANNIFIN CORPORATION, individually and as successor-in-interest to Cleveland Wheel & Brake and Stratoflex Products; ROGERS CORPORATION; TELEFLEX INCORPORATED; TIGHITCO, INC. as successor-in-interest to H.I. Thompson Company and HITCO; TITEFLEX COMMERCIAL INC; RAYTHEON TECHNOLOGIES CORPORATION f/k/a United Technologies Corporation; WYETH HOLDINGS LLC f/k/a Wyeth Holdings Corp. f/k/a/ American Cyanamid Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 50, inclusive,<br><br>                            Defendants. |

Plaintiff Jordan J. Potter, by and through his counsel of record, Maune Raichle Hartley French & Mudd, LLC and Craig P. Kenney & Associates; and Defendant Teleflex Incorporated, by and through its counsel of record, Clark Hill PLC, hereby stipulate to the following:

Plaintiff filed his First Amended Complaint in the above matter on August 26, 2020 and served said Complaint upon Defendant Teleflex Incorporated on September 2, 2020. Defendant's response to the First Amended Complaint is currently due on September 23, 2020. The Defendant Teleflex Incorporated requested and Plaintiff agreed to stipulate, pursuant to IA Rule 6-1 of the Local Rules for the United States District Court District of Nevada, to a ten-day extension up through and including October 5, 2020 for Teleflex to file a response to the First Amended Complaint.

The extension for Defendant Teleflex Incorporated to respond to Plaintiff's Complaint is requested due to the fact that Defendant requires additional time to consult with counsel to prepare the

. . . . .

. . . . .

. . . . .

. . . . .

appropriate response to the Plaintiff's First Amended Complaint. In addition, Plaintiff's counsel has been consulted and has agreed to the extension.

IT IS SO STIPULATED on this ____ day of September, 2020.

| | |
|---|---|
| **MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC** | **CLARK HILL PLLC** |
| By: /s/ Jackie Olinger Rochelle | By: /s/ Nicholas M. Wieczorek |
| T. Barton French, Jr., Nevada Bar No. 5641 | Nicholas M. Wieczorek |
| Jackie Olinger Rochelle | Nevada Bar No. 6170 |
| Missouri Bar No. 58557 | CLARK HILL PLLC |
| Admitted Pro Hac Vice | 3800 Howard Hughes Parkway, Suite 500 |
| 1015 Locust Street, Suite 1200 | Las Vegas, Nevada 89169 |
| St. Louis, MO 63101 | Telephone: (702) 862-8300 |
| Phone: (800) 358-5922 | nwieczorek@clarkhill.com |
| jrochelle@mrhfmlaw.com | Attorneys for Defendant TELEFLEX |
| Attorneys for Plaintiff | |
| | By: /s/ Gerald P. Schneeweis |
| **CRAIG P. KENNY & ASSOCIATES** | Gerald P. Schneeweis, |
| | CA State Bar No. 101331 |
| By: /s/ Lawrence E. Mitten | (pro hac vice pending) |
| Lawrence E. Mittin | Kyle A. Fellenz |
| Nevada Bar No. 005428 | CA State Bar No. 285752 |
| 501 S. 8th Street | (pro hac vice pending |
| Las Vegas, Nevada 89101 | CLARK HILL PLC |
| Phone (702) 380-2800 | One American Plaza, 600 |
| lmitten@cpklaw.com | West Broadway, Suite 500 |
| Attorneys for Plaintiff | San Diego, California 92101 |
| | Telephone: (619) 557-0404 |
| | Facsimile: (619) 557-0460 |
| | gschneeweis@clarkhill.com |
| | kfellenz@clarkhill.com |
| | Attorneys Schneeweis and Fellenz will comply with LR IA 11-2 within 21 days |
| | Attorneys for Defendant TELEFLEX |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 22, 2020