Jay J. Schuttert, Esq.
Nevada Bar No. 8656
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:   702-805-0291
Email: jschuttert@efstriallaw.com
Email: alayton@efstriallaw.com

*Attorneys for Defendants Northrop Grumman Systems Corporation, Raytheon Technologies Corporation, Goodrich Corporation and Titeflex Commercial, Inc.*

## UNITED STATES DISTRICT COURT

## LAS VEGAS, NEVADA

| | |
|---|---|
| JORDAN J. POTTER,<br><br>               Plaintiff,<br><br>vs.<br><br>ARROWHEAD PRODUCTS, individually and as successor in interest to Arrowhead Rubber Company, et al.<br><br>               Defendants. | Case No.: 2:20-cv-00276-RFB-VCF<br><br>**DEFENDANT TITEFLEX COMMERCIAL, INC.'S STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

      Plaintiff Jordan J. Potter, by and through his counsel of record, Maune Raichel Hartley French & Mudd, LLC and Craig P. Kelly & Associates; and Defendant Titeflex Commercial, Inc. ("Titeflex"), by and through its counsel of record, Evans Fears & Schuttert LLP, hereby stipulate to the following:

      Plaintiff filed his First Amended Compaint on August 26, 2020 and served Defendant Titeflex on September 2, 2020. Defendant Titeflex requested and Plaintiff agreed to, pursuant to USDC-NV Local Rule IA 6-1, to a 14-day extension of time for Defendant Titeflex to file its response to the First Amended Complaint.  The parties agree that the new deadline for Titeflex to answer or otherwise respond to the First Amended Complaint is October 7, 2020.

/ / /

*Jordan J. Potter v. Arrowhead Products, et al.*
*Case No. 2:20-cv-00276-RFB-VCF*
*Defendant Titeflex Stipulation and Order for Extension of Time to Respond to Plaintiff's First Amended Complaint (First Request)*

This extension is due to the fact that counsel has just been retained to represent Titeflex in this matter and requires more time to confer with Titeflex regarding the response to the First Amended Complaint. Plaintiff's counsel has been consulted and has agreed to the extension. This is the first stipulation for an extension of time for Titeflex to respond to the First Amended Complaint.

**IT IS SO STIPULATED.**

DATED: September 24, 2020.

CRAIG P. KENNY & ASSOCIATES

By:  /s/ Lawrence E. Mittin
   Lawrence E. Mittin
   Nevada Bar No. 005428
   501 S. 8th Street
   Las Vegas, NV  89101
   lmittin@cpklaw.com

   *Attorneys for Plaintiff Jordan J. Potter*

DATED: September 24, 2020.

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

By:  /s/ Benjamin W. Haile
   T. Barton French, Jr.
   Nevada Bar No. 5641
   Benjamin W. Haile
   Oregon Bar No. 040660
   *Admitted Pro Hac Vice*
   1015 Locust Street, Suite 1200
   St. Louis, MO 63101
   bhaile@mrhfmlaw.com
   *Attorneys for Plaintiff Jordan Potter*

DATED: September 24, 2020.

EVANS FEARS & SCHUTTERT LLP

By:  /s/ Jay J. Schuttert
   Jay J. Schuttert
   Nevada Bar No. 8656
   Alexandria L. Layton
   Nevada Bar No. 14228
   6720 Via Austi Parkway, Suite 300
   Las Vegas, Nevada 89119
   jschuttert@efstriallaw.com
   alayton@efstriallaw.com

   *Attorneys for Defendants Goodrich Corporation, Raytheon Technologies Corporation, Northrop Grumman Systems Corporation and Titeflex Commercial, Inc.*

*Jordan J. Potter v. Arrowhead Products, et al.*
*Case No. 2:20-cv-00276-RFB-VCF*
*Defendant Titeflex Stipulation and Order for Extension of Time to Respond to Plaintiff's First Amended Complaint (First Request)*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated this 24th day of September, 2020.