DARRELL D. DENNIS
Nevada Bar No. 006618
Darrell.Dennis@lewisbrisbois.com
STEVEN B. ABBOTT
Nevada Bar No. 010303
E-Mail: Steven.Abbott@lewisbrisbois.com
MICHAEL R. SMITH
Nevada Bar No. 12641
Michael.r.Smith@lewisbrisbois.com
Nevada Bar No. 12641
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Henkel US Operations, sued improperly here as Henkel Corporation as successor-in-interest to Loctite Corporation and Dexter Hysol*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JORDAN J. POTTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARROWHEAD PRODUCTS, individually and as successor in interest to Arrowhead Rubber Company; CRANE CO.; DCO, LLC; EATON AEROQUIP, LLC; GENERAL DYNAMICS CORPORATION; GENERAL ELECTRIC COMPANY; GOODRICH CORPORATION f/k/a The BF Goodrich Company; HARCOSEMCO LLC f/k/a Harco LLC; HENKEL CORPORATION as successor-in-interest to Loctite Corporation and Dexter Hysol; HEXCEL CORPORATION, f/k/a Health Tecna f/k/a Ciba-Geigy; HONEYWELL INTERNATIONAL, INC., Individually and as successor to Alliedsignal, Inc. and the Bendix Corporation; IMO INDUSTRIES, INC.; IMO INDUSTRIES, INC., Individually and as successor in interest to Adel Fasteners; NORTHROP GRUMMAN CORPORATION; OLD ORCHARD INDUSTRIAL CORP.; PARKER-HANNIFIN CORPORATION, as successor-in-interest to Cleveland Wheel & Brake and Stratoflex Products; ROGERS CORPORATION; TELEFLEX INCORPORATED; TIGHITCO INC, as successor-in-interest to H.I. Thompson | CASE NO. 2:20-CV-00276-RFB-VCF<br><br>**PLAINTIFF JORDAN J. POTTER AND DEFENDANT HENKEL US OPERATION'S STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

4835-8452-3725.1

Company and HITCO; TITEFLEX COMMERCIAL INC; RAYTHEON TECHNOLOGIES CORPORATION f/k/a United Technologies Corporation; WYETH HOLDINGS LLC f/k/a Wyeth Holdings Corp. f/k/a American Cyanamid Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 50, inclusive,

    Defendants.

Plaintiff JORDAN J. POTTER ("Plaintiff"), by and through his counsel of record, the law firms of Maune Raichle Hartley French & Mudd, LLC and Craig P. Kenney & Associates, and Defendant Henkel US OPERATIONS, sued improperly here as HENKEL CORPORATION as successor-in-interest to LOCITE Corporation and DEXTER HYSOL ("Defendant"), by and though its counsel of record, the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby stipulate and agree as follows:

WHEREAS Plaintiff filed his First Amended Complaint in this Action on August 26, 2020;

WHEREAS Defendant was identified as a party to the action by way of the Plaintiff's First Amended Complaint;

WHEREAS Defendant was served via its registered agent in Connecticut on September 11, 2020;

WHEREAS Defendant's responsive pleading is due October 2, 2020;

WHEREAS counsel for the parties met and conferred via telephone and electronic means to discuss the matter, and it was agreed that Defendant would have up to and including October 14, 2020, with which to prepare and file its responsive pleading as its counsel needs additional time to confer with Defendant;

WHEREAS good cause exists to extend the deadline for Defendant to respond to Plaintiff's First Amended Complaint;

WHEREAS the parties are engaged in genuine and ongoing discussions;

WHEREAS other defendants initially named and identified as parties in Plaintiff's First Amended Complaint have been afforded and granted extensions of time with which to file their

4835-8452-3725.1      2

responsive pleadings pursuant to USDC-NV Local Rule IA 6-1;

WHEREAS there is currently pending before this Honorable Court a joint motion for extension of all remaining deadlines in this matter pursuant to USDC-NV Local Rule IA 6-1, with said motion scheduled for Hearing on October 19, 2020;

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant shall be provided until October 14, 2020, with which to file its responsive pleading, as otherwise required.

IT IS SO STIPULATED

Dated October 2, 2020.

CRAIG P. KENNY & ASSOCIATES

By: /s/ Lawrence E. Mitten
Lawrence E. Mitten
Nevada Bar No. 5428
501 So. Eighth St.
Las Vegas, NV 89101
lmitten@cpklaw.com
*Attorneys for Plaintiff Jordan J. Potter*

Dated October 2, 2020.

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

By: */s/ Benjamin W. Haile*
T. Barton French
Nevada Bar No. 5641
Benjamin W. Haile
Oregon Bar No. 40660
(Admitted Pro Hac Vice)
St. Louis, MO 63101
1015 Locust St., Suite 1200
bhaile@mrhfmlaw.com
*Attorneys for Plaintiff Jordan J. Potter*

Dated October 2, 2020.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: */s/ Steven B. Abbott*
Steven B. Abbott
Nevada Bar No. 10303
Michael R. Smith
Nevada Bar No. 12641
6385 South Rainbow Blvd,, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Henkel US Operations, sued improperly here as Henkel Corporation as successor-in-interest to Loctite Corporation & Dexter Hysol*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 10-2-2020

4835-8452-3725.1

3