INGRID A. MYERS, Nevada Bar No. 6755
　IMyers@kslaw.com
**KING & SPALDING LLP**
1100 Louisiana Street
Suite 4100
Houston, Texas 77002
Telephone:　(713) 751-3200

Attorneys for Defendant
WYETH HOLDINGS LLC f/k/a
AMERICAN CYANAMID COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JORDAN J. POTTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARROWHEAD PRODUCTS, individually and as successor in interest to Arrowhead Rubber Company, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-00276-RFB-VCF<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT WYETH HOLDINGS LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**(First Request)** |

　　Pursuant to Nevada Local Rule IA 6-1, Plaintiff Jordan J. Potter and Defendant Wyeth Holdings LLC f/k/a American Cyanamid Company ("Wyeth"), by counsel, consent to an order by the Court that Defendant Wyeth's time to answer, move, or otherwise respond to the First Amended Complaint in this action be extended through and including November 4, 2020 and that any such responsive pleading by that date shall be deemed timely filed.

　　As grounds for this Stipulation, Wyeth states it is in the process of investigating Plaintiff's claims against Wyeth and requires additional time to fully respond to Plaintiff's Complaint. At this early stage in the litigation, no prejudice will result from the extension. This is the first request for an extension. NV LR IA 6-1(a).

-1-

Respectfully submitted this 8th day of October, 2020.

/s/ *Ingrid A. Myers*
Ingrid A. Myers
KING & SPALDING LLP
1100 Louisiana Street
Suite 4100
Houston, Texas 77002
Telephone:    (713) 751-3200
Email: imeyers@kslaw.com

Attorneys for Defendant WYETH HOLDINGS LLC

/s/ *Benjamin W. Hail*
T. Barton French, Jr.
Benjamin W. Haile
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
1015 Locust Street Suite 1200
St. Louis, Missouri 63101
Phone: (800) 358-5922
rlundt@mrhfmlaw.com

Lawrence E. Mittin
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, Nevada 89101
Phone: (702) 380-2800
lmittin@cpklaw.com

Attorneys for Plaintiff JORDAN J. POTTER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:   10-8-2020

-2-

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 8th day of October, 2020, via ECF, upon:

T. Barton French, Jr.
Benjamin W. Haile
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
1015 Locust Street Suite 1200
St. Louis, Missouri 63101
Phone: (800) 358-5922
rlundt@mrhfmlaw.com

Lawrence E. Mittin
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, Nevada 89101
Phone: (702) 380-2800
lmittin@cpklaw.com

/s/ *Ingrid A. Myers*
Ingrid. A. Myers