UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jordan J. Potter,

   Plaintiff(s),

vs.

Crane Co., et al.,

   Defendant(s).

Case # 2:20-cv-00276-RFB-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Tracy H. Fowler_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Snell & Wilmer L.L.P.
(firm name)

with offices at   15 W South Temple, Suite 1200
(street address)

Salt Lake City   ,   Utah   ,   84101
(city)   (state)   (zip code)

(801) 257-1900   ,   tfowler@swlaw.com
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Parker-Hannifin Corporation   to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  10/9/1980  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  Utah  ,
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Utah State Bar | 10/9/1980 | 1106 |
| Idaho State Bar | 9/30/2010 | 8484 |
| USDC of Utah | 10/9/1980 | |
| 10th Circuit Court of Appeals | 11/15/1984 | |
| 9th Circuit Court of Appeals | 10/6/2020 | |
| Supreme Court of the United States | 5/23/2016 | 298399 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Utah and Idaho..

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Utah_____ )
                            )
COUNTY OF ____Salt Lake____ )

_____Tracy H. Fowler_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__27th__ day of __October__, __2020__

SHARRON BAWDEN
Notary Public – State of Utah
My Commission expires on: March 21, 2022
Comm. Number: 699631

_____
Notary Public in and for said County and State

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Dawn L. Davis_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3883 Howard Hughes Parkway, Suite 1100_____,
(street address)

____Las Vegas____, ____Nevada____, __89169__,
(city)            (state)           (zip code)

__(702) 784-5200__, __ddavis@swlaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Dawn L. Davis_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Joseph Pophal*
(party's signature)

Joseph Pophal, Assoc G. Counsel
(type or print party name, title) Parker Hannifin

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*

Designated Resident Nevada Counsel's signature

13329                   ddavis@swlaw.com
Bar number              Email address

**APPROVED:**

**DATED this** 12th day of November, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

Rev. 5/16



# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

IN THE SUPREME COURT OF THE STATE OF UTAH

UNITED STATES OF AMERICA  } ss.
STATE OF UTAH

I, Nicole I. Gray, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein TRACY H. FOWLER, #1106, was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 9th day of October, 1980.

I further certify that this attorney is now, and has been since admission, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be satisfactory.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 22nd day of October, A.D. 2020.

*Nicole Gray*

# Supreme Court  State of Idaho

## Certificate of Good Standing

Clerk's Office      )
                    ) ss.
Supreme Court       )

I, Melanie Gagnepain, Clerk of the Supreme Court of the State of Idaho, do hereby certify that TRACY H. FOWLER on the 30th day of September, 2010, was admitted to practice by said Court as an attorney counselor at law in all the courts of this state, and that ever since and now is an attorney in good standing at the Bar of this Court.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Court at Boise, Idaho, this 26th day of October, 2020.

*Melanie Gagnepain*
Clerk of the Idaho Supreme Court