T. Barton French, Jr., Nevada Bar No. 005641
Jackalyn A. Olinger Rochelle, Illinois Bar No. 6288480
Admitted *Pro Hac Vice*
Lorrette Fisher, New York Bar No. 5263934
Admitted *Pro Hac Vice*
Benjamin W. Haile, Oregon Bar No. 040660
Admitted *Pro Hac Vice*
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
1015 Locust Street, Suite 1200
St. Louis, MO 63101
jrochelle@mrhfmlw.com
lfisher@mrhfmlaw.com
bhaile@mrhfmlaw.com
Phone: (800) 358-5922
Fax: (314) 241-4838
Attorneys for Plaintiff

Lawrence E. Mittin, Nevada Bar No.  005428
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV  89101
(702) 380-2800
Fax:  (702) 380-2833
lmittin@cpklaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER,<br><br>                    Plaintiff,<br><br>v.<br><br>CRANE CO., et al.,<br><br>                    Defendants. | CASE NO.: 2:20-CV-00276-RFB-VCF<br><br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b) and Nevada Local Rule IA 6-1, Plaintiff Jordan J. Potter and Defendant General Dynamics Corporation, by counsel, consent to an order by the Court that Plaintiff's time to file a Reply in Support of Plaintiff's Motion for Protective Order be extended

- 1 -

by one week from to current due date of December 2, 2020 to **December 9, 2020**.

      As grounds for this Stipulation, Plaintiff Jordan J. Potter, by counsel, states he is in the process of preparing the appropriate Reply brief and requires additional time to fully reply to matters raised in Defendant's Response.  No prejudice will result from the extension.  This is the first request for an extension.  NV LR IA 6-1(a).

      DATED this 2nd day of December, 2020

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

By: */s/ Benjamin W. Haile*
T. Barton French, Jr., Nevada Bar No. 5641
Jackalyn A. Olinger Rochelle,
Illinois Bar No. 6288480
Admitted *Pro Hac Vice*
Lorrette Fisher, New York Bar No. 5263934
Admitted *Pro Hac Vice*
Benjamin W. Haile, Oregon Bar No. 040660
Admitted *Pro Hac Vice*
1015 Locust Street, Suite 1200
St. Louis, MO 63101
Phone: (800) 358-5922
Fax: (314) 241-4838
jrochelle@mrhfmlaw.com
lfisher@mrhfmlaw.com
bhaile@mrhfmlaw.com
*Attorneys for Plaintiff*


CRAIG P. KENNY & ASSOCIATES
Lawrence E. Mittin, Esq., Nevada Bar No. 5428
501 S. 8th Street
Las Vegas, NV  89101
(702) 380-2800
Fax:  (702) 380-2833
lmittin@cpklaw.com
*Attorneys for Plaintiff*

116380740.v1

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Erik C. DiMarco*
ERIK C. DiMARCO, ESQ.
New York Bar No. 2872976, Pro Hac Vice
1 Battery Park Plaza, 28th Floor
New York, New York 10004
*Attorneys for Defendant,*
GENERAL DYNAMICS CORPORATION

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 12-9-2020

## CERTIFICATE OF SERVICE

I certify that I am an employee of MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC and that on the 2nd day of December, 2020, I served a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** to all parties on file with the CM/ECF:

> **PLAINTIFF JORDAN POTTER**
> CRAIG P. KENNY & ASSOCIATES
> Lawrence E. Mittin, Esq.
> 501 S. 8th Street
> Las Vegas, NV 89101
> Telephone: (702) 380-2800
> Facsimile: (702) 380-2833
>
> lmittin@cpklaw.com
> shanks@cpklaw.com

**ARROWHEAD PRODUCTS**
HOLLAND & HART LLP
Lars K. Evensen
Joseph G. Went
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: 702.669.4600
Fax: 702.669.4650

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Eric Larson Zalud (*pro hac vice forthcoming*)
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363-4500
Facsimile: 216.363-4588

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Joseph R. Blalock (*pro hac vice forthcoming*)
4100 South High Street, Suite 2600
Columbus, Ohio 43215-6164
Telephone: 614.223-9300
Facsimile: 614.223-9330

lkevensen@hollandhart.com
jgwent@hollandhart.com
ezalud@beneschlaw.com
jblalock@beneschlaw.com

**CRANE CO.**
BACKUS, CARRANZA & BURDEN
Edgar Carranza, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555 tel.
(702) 872-5545 fax

ecarranza@backuslaw.com
JacquelynFranco@backuslaw.com

- 4 -

**DCO LLC**
LEWIS BRISBOIS BRISGAARD & SMITH, LLP
Ronald L. Hellbusch
1700 Lincoln Street, Suite 4000
Denver, CO 80203
(303) 861-7760

LEWIS BRISBOIS BRISGAARD & SMITH, LLP
Steven Abbott
Michael R. Smith
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383 tel.
(702) 893-3789 fax

Ronald.Hellbusch@lewisbrisbois.com
Michael.R.Smith@lewisbrisbois.com
Steven.Abbott@lewisbrisbois.com

**DEXTER HYSOL AEROSPACE, LLC**
LEWIS BRISBOIS BISGAARD & SMITH LLP
Darrell D. Dennis, Esq.
Steven B. Abbott, Esq.
Michael R. Smith, Esq.
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

Darrell.Dennis@lewisbrisbois.com
Steven.Abbott@lewisbrisbois.com
Michael.r.Smith@lewisbrisbois.com

- 5 -

**EATON AEROQUIP, LLC**
Michael M. Edwards
Ryan Loosvelt
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
702 363 5100 tel
702 363 5101 fax

David P. Strup
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604
(419) 321-1306

medwards@messner.com
rloosvelt@messner.com
dstrup@shumaker.com

**GENERAL DYNAMICS CORPORATION**
GORDON REES SCULLY MANSUKHANI, LLP
Robert E. Schumacher
James E. Cavanaugh
Michael Ramirez
James Lowery
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Direct Lines: (702) 577-9319/9340
Telephone: (702) 577-9300
Facsimile: (702) 255-2858

Erik DiMarco, Esq.
Aleksandra Szaina, Esq.
1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500

edimarco@grsm.com
aszajna@grsm.com
rschumacher@grsm.com
jecavanaugh@grsm.com
mramirez@grsm.com
jlowery@grsm.com

116380740.v1

**GENERAL ELECTRIC COMPANY**
J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-820

cjorgensen@lrrc.com

**GOODRICH CORPORATION**
EVANS FEARS & SCHUTTERT LLP
Jay J. Schuttert
Alexandria L. Layton
2300 West Sahara Avenue, Suite 950
Las Vegas, Nevada 89102
Telephone: 702-805-0290
Facsimile: 702-805-0291

VORYS, SATER, SEYMOUR AND PEASE LLP
Stephen C. Musilli
52 E. Gay Street
Columbus, OH 43215
(614) 464-6494

jschuttert@efstriallaw.com
alayton@efstriallaw.com
scmusilli@vorys.com

**HARCOSEMCO LLC**
OLSON CANNON GORMLEY & STOBERSKI
Michael E. Stoberski
Paterno C. Jurani
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Telephone:  (702) 384-4012
Facsimile: (702) 383-0701

mstoberski@ocgas.com
pjurani@ocgas.com

**HENKEL US OPERATIONS CORPORATION, incorrectly named as Henkel Corporation as successor-in-interest to Locite Corporation**
LEWIS BRISBOIS BISGAARD & SMITH LLP
Darrell D. Dennis, Esq.
Steven B. Abbott, Esq.
Michael R. Smith, Esq.
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

Darrell.Dennis@lewisbrisbois.com
Steven.Abbott@lewisbrisbois.com
Michael.r.Smith@lewisbrisbois.com

**HEXCEL CORPORATION**
Michelle D. Alarie
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-8995

Gregory Iken
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone:  (314) 621-5070
Facsimile: (314) 621-5065

Scott Kossoudji
Glazier Ycc LLP
707 Wilshire Boulevard, Suite 2025
Los Angeles, CA 90017
Telephone: (213) 312-9200

malarie@atllp.com
giken@atllp.com
kossoudji@glazieryee.com

**<u>INDUSTRIAL MANUFACTURING</u>**
HOLLAND & HART LLP
Lars K. Evensen
Joseph G. Went
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: 702.669.4600
Fax: 702.669.4650

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Eric Larson Zalud (*pro hac vice forthcoming*)
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363-4500
Facsimile: 216.363-4588

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Joseph R. Blalock (*pro hac vice forthcoming*)
4100 South High Street, Suite 2600
Columbus, Ohio 43215-6164
Telephone: 614.223-9300
Facsimile: 614.223-9330

lkevensen@hollandhart.com
jgwent@hollandhart.com
ezalud@beneschlaw.com
jblalock@beneschlaw.com

116380740.v1

**NORTHROP GRUMMAN SYSTEMS CORPORATION**
EVANS FEARS & SCHUTTER LLP
Jay J. Schuttert
Alexandria L. Layton
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
(702) 805-0216

TUCKER ELLIS LLP
Daniel J. Kelly
201 Mission Street, Suite 2310
San Francisco, CA 94105
(415) 617-2203 tel.
(415) 617-2409 fax


jschuttert@efstriallaw.com
alayton@efstriallaw.com
daniel.kelly@tuckerellis.com

<u>**OLD ORCHARD INDUSTRIAL CORP**</u>
GORDON REES SCULLY MANSUKHANI, LLP
Robert E. Schumacher
James E. Cavanaugh
Michael Ramirez
James Lowery
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Direct Lines: (702) 577-9319/9340
Telephone: (702) 577-9300
Facsimile: (702) 255-2858

Erik DiMarco
1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500

rschumacher@grsm.com
jecavanaugh@grsm.com
mramirez@grsm.com
jlowery@grsm.com
awilson@grsm.com
edimarco@grsm.com

- 10 -

116380740.v1

**PARKER-HANNIFIN CORPORATION**
SNELL & WILMER L.L.P.
Tracy H. Fowler (Pro Hac Vice Pending)
Dawn L. Davis
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5275
Facsimile: (702) 784-5252

tfowler@swlaw.com
ddavis@swlaw.com

**RAYTHEON TECHNOLOGIES CORPORATION F/K/A UNITED TECHNOLOGIES CORPORATION**
EVANS FEARS & SCHUTTERT LLP
Jay J. Schuttert
Alexandria L. Layton
2300 West Sahara Avenue, Suite 950
Las Vegas, Nevada 89102
Telephone: 702-805-0290
Facsimile: 702-805-0291

jschuttert@efstriallaw.com
alayton@efstriallaw.com

**ROGERS CORPORATION**
MESSNER REEVES LLP
David J. Mortenson
Jessica Gandy
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:  (702) 363-5100
Facsimile: (702) 363-5101

dmortensen@messner.com
Jgandy@messner.com

- 11 -

116380740.v1

1

**TELEFLEX INCORPORATED**
CLARK HILL LLP
Gerald P. Schneeweis
Kyle Fellenz
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 819-2421
Facsimile: (619) 557-0460

CLARK HILL PLLC
*Anticipated Counsel*
Nicholas M. Wieczorek
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169

gschneeweis@clarkhill.com
kfellenz@clarkhill.com
nwieczorek@clarkhill.com

**TIGHTICO INCORPORATED**
LEWIS BRISBOIS GISGAARD & SMITH LLP
Steven Abbott
Michael R. Smith
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TELEPHONE:  (702) 893-3383
FACSIMILE:  (702) 893-3789

Steven.abbott@lewisbrisbois.com
Michael.r.smith@lewisbrisbois.com

**TIFEFLEX COMMERICAL, INC.**
EVANS FEARS & SCHUTTERT LLP
Jay J. Schuttert
Alexandria L. Layton
2300 West Sahara Avenue, Suite 950
Las Vegas, Nevada 89102
Telephone: 702-805-0290
Facsimile: 702-805-0291

jschuttert@efstriallaw.com
alayton@efstriallaw.com

- 12 -

**<u>WYETH HOLDINGS LLC f/k/a AMERICAN CYANAMID COMPANY</u>**
KING & SPALDING LLP
Ingrid A. Myers
1100 Louisiana Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 751-3200
lmyers@kslaw.com

and

Troy D. McMahan
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: 415-318-1205
tMcmahan@kslaw.com

and

ROBERT J. CALDWELL
One Summerlin
980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-699-5907
Facsimile: 702-597-5503
RCaldwell@foxrothschild.com

*/s/ Julia Lund*
An Employee of MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC

- 13 -

116380740.v1