Troy D. McMahan
California Bar No. 148694
*Admitted Pro Hac Vice*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Phone: + 415 318 1200
Fax:    + 415 318 1300
*TMcMahan@kslaw.com*

Robert J. Caldwell
Nevada Bar No. 7637
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Phone: (702) 910-3329
Fax:    (702) 553-3467
*RCaldwell@wileypetersenlaw.com*

Attorneys for Defendant
WYETH HOLDINGS LLC f/k/a
AMERICAN CYANAMID COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JORDAN J. POTTER, | Case No. 2:20-cv-00276-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION FOR THE WITHDRAWAL OF INGRID A. MYERS AS COUNSEL FOR DEFENDANT WYETH HOLDINGS LLC F/K/A AMERICAN CYANAMID COMPANY** |
| ARROWHEAD PRODUCTS, individually and as successor in interest to Arrowhead Rubber Company, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Ingrid A. Myers, with the consent of Wyeth Holdings LLC f/k/a American Cyanamid Company ("Wyeth Holdings LLC"), hereby withdraws as an attorney of record for Defendant Wyeth Holdings LLC.

-1-

**CONSENT AND STIPULATION TO WITHDRAW**

Defendant Wyeth Holdings LLC hereby consents and stipulates to the withdrawal of Ingrid A. Myers as attorney of record for Defendant Wyeth Holdings LLC in this action.

/s/ _____

Lauren Podesta, Litigation Counsel
Defendant Wyeth Holdings LLC

Respectfully submitted this 26th day of March, 2021.

WILEY PETERSEN

_____
Robert J. Caldwell, Nevada Bar No. 7637
*RCaldwell@wileypetersenlaw.com*
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Phone: (702) 910-3329
Fax:    (702) 553-3467

Troy D. McMahan, California Bar No. 148694
Admitted *Pro Hac Vice*
*TMcMahan@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Phone: + 415 318 1200
Fax:    + 415 318 1300

Attorneys for Defendant WYETH HOLDINGS LLC

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 4-5-2021

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of DEFENDANT WYETH HOLDINGS LLC'S STIPULATION FOR THE WITHDRAWAL OF INGRID A. MYERS has been served this 26th day of March, 2021, on all counsel via the Court's CM/ECF System.

                                                        */s/ Chastity Dugenia*
                                                        An Employee of WILEY PETERSEN