1  JACK G. ANGARAN, ESQ., SBN: 711
   LEWIS BRISBOIS BISGAARD & SMITH, LLP
2  5555 Kietzke Lane, Suite 200
   Reno, Nevada 89511
3  775.827.6440
4  jack.angaran@lewisbrisbois.com

5  *Attorneys for Defendant*
   *Honeywell International, Inc.*
6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11

12 | JORDAN J. POTTER,

13 |     Plaintiff,                          Case No.: 2:20-cv-00276-RFB-VCF

14 | vs.

15 | CRANE CO.; DJO, LLC; EATON AEROQUIP,    **STIPULATION AND ORDER FOR**
16 | LLC; GENERAL DYNAMICS                   **DISMISSAL OF HONEYWELL**
     CORPORATION; GENERAL ELECTRIC          **INTERNATIONAL, INC.**
17 | COMPANY; GOODRICH CORPORATION
     f/k/a The BF Goodrich Company;
18 | HONEYWELL INTERNATIONAL, INC.,
     individually and as successor to Alliedsignal,
19 | Inc., and The Bendix Corporation; IMO
     INDUSTRIES, INC.; IMO INDUSTRIES, INC.,
20 | individually and as successor in interest to Adel
     Fasteners; NORTHROP GRUMMAN
21 | CORPORATION; OLD ORCHARD
     INDUSTRIAL CORP.; PNEUMO ABEX LLC,
22 | individually and as successor by merger to
     PNEUMO ABEX CORPORATION, successor in
23 | interest to ABEX CORPORATION, f/k/a
     AMERICAN BRAKE SHOE and FOUNDRY
24 | COMPANY including the AMERICAN
     BRAKEBLOK DIVISION, successor by merger
25 | to the AMERICAN BRAKE SHOE and
     FOUNDRY COMPANY and THE AMERICAN
26 | BRAKEBLOK CORPORATION, f/k/a THE
27 | AMERICAN BRAKE MATERIALS
28

4850-4830-0229.1

| | |
|---|---|
| 1 | CORPORATION; UNITED TECHNOLOGIES CORPORATION; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 50, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff JORDAN J. POTTER and Defendant HONEYWELL INTERNATIONAL, INC., individually and as successor to Alliedsignal, Inc., and The Bendix Corporation (HONEYWELL INTERNATIONAL INC.) through their undersigned counsel of record, that Plaintiff's First Amended Complaint in the above-entitled action shall be:

Dismissed without prejudice as to Plaintiff Potter's alleged aviation claims against HONEYWELL INTERNATIONAL, INC, and,

Dismissed with prejudice as to Plaintiff Potter's alleged automotive claims against HONEYWELL INTERNATIONAL, INC, and

The parties are to bear their own costs and attorneys' fees.

Plaintiff's First Amended Complaint and his claims alleged against all other Defendants are not dismissed and shall remain in effect.

Dated this 19 day of May, 2021

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC

By _____
T. BARTON FRENCH, JR., ESQ.
Nevada Bar No. 5641
JACKALYN A. OLINGER ROCHELLE, ESQ.
*Admitted Pro Hac Vice* - Missouri Bar No. 58557
Attorneys for Plaintiff

Dated this 19th day of May, 2021

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By _____
JACK G. ANGARAN, ESQ.
Nevada Bar No. 711
Attorneys for Defendant,
Honeywell International, Inc. individually and as successor to Alliedsignal, Inc., and The Bendix Corporation

4850-4830-0229.1

2

Dated this __19th__ day of May, 2021

CRAIG P. KENNY & ASSOCIATES

By _/s/ Lawrence E. Mittin_
LAWRENCE E. MITTIN, ESQ
Nevada Bar No. 005428.
Attorneys for Plaintiff

    IT IS SO ORDERED.

Dated this 19th day of May, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

LEWIS BRISBOIS