STEVEN ABBOTT, SBN: 010303
MICHAEL R. SMITH, SBN: 12641
RONALD L. HELLBUSCH (*Pro Hac Vice*)
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
Steven.Abbott@lewisbrisbois.com
Michael.R.Smith@lewisbrisbois.com
Ronald.Hellbusch@lewisbrisbois.com

*Attorneys for Defendant DCo LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER, | Case No. 2:20-CV-00276-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DCO LLC WITHOUT PREJUDICE** |
| v. | |
| CRANE CO., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jordan J. Potter and Defendant DCo LLC, through their undersigned counsel of record, that Plaintiff's Complaint including all amendments thereto ("Plaintiff's Complaint") in the above-entitled action shall be dismissed without prejudice as to Plaintiff Jordan Potter's allegations and claims against DCo LLC only, with the parties to bear their own costs and attorneys' fees.

//

//

//

//

Plaintiff's Complaint and his claims alleged against all other Defendants are <u>not</u> dismissed and shall remain in effect.

Dated this 7th day of July, 2021

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC

By: /s/ Jackalyn A. O. Rochelle
T. Barton French, Jr., Esq.
Nevada Bar No. 005641
Jackalyn A.O. Rochelle, Esq.
*Admitted Pro Hac Vice* - Missouri Bar No. 58557
Lorrette Fisher, Esq.
*Admitted Pro Hac Vice* – New York Bar No. 5263934
jrochelle@mrhfmlaw.com
lfisher@mrhfmlaw.com
*Attorneys for Plaintiff*

CRAIG P. KENNY & ASSOC.
Lawrence E. Mittin, Esq.
Nevada Bar No. 005428
lmittin@cpklaw.com
*Attorneys for Plaintiff*

Dated this 7th day of July, 2021

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ Ronald L. Hellbusch
Steven Abbott, Esq., SBN: 10303
Michael R. Smith, Esq., SBN: 12641
Ronald L. Hellbusch (Pro Hac Vice)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
steven.abbott@lewisbrisbois.com
michael.r.smith@lewisbrisbois.com
ronald.hellbusch@lewisbrisbois.com
*Attorneys for Defendant DCo LLC*

IT IS SO ORDERED.

Dated this ___8th___ day of July, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court