Jay J. Schuttert, Esq.
Nevada Bar No. 8656
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
Email: jschuttert@efstriallaw.com
Email: alayton@efstriallaw.com

*Attorneys for Defendants Northrop Grumman Systems Corporation, Goodrich Corporation and Titeflex Commercial, Inc.*

Stephen C. Musilli (appearing pro hac vice)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-6494
Email: scmusilli@vorys.com

*Attorneys for Defendant Goodrich Corporation*

## UNITED STATES DISTRICT COURT

## LAS VEGAS, NEVADA

| | |
|---|---|
| JORDAN J. POTTER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ARROWHEAD PRODUCTS, individually and as successor in interest to Arrowhead Rubber Company, et al.<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-00276-RFB-VCF<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT GOODRICH CORPORATION TO FILE ITS REPLY IN SUPPORT OF ITS RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant Goodrich Corporation and Plaintiff Jordan J. Potter, through their respective counsel, that the time for Defendant Goodrich to file its Reply In Support of its Renewed Motion to Dismiss for Lack of Personal Jurisdiction be extended for 14 days, up to and including July 30, 2021. This request is made in good faith and not for any delay.

*Jordan J. Potter v. Arrowhead Products, et al.*
*Case No. 2:20-cv-00276-RFB-VCF*
*Joint Stipulation and Order for Extension of time for Defendant Goodrich Corporation to File its Reply in Support of its Renewed Motion to Dismiss for Lack of Personal Jurisdiction*

Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including July 30, 2021, for Defendant Goodrich to file its Reply In Support of its Renewed Motion to Dismiss for Lack of Personal Jurisdiction.

Dated this 14th day of July, 2021.

**EVANS FEARS & SCHUTTERT LLP**

By: */s/ Jay J. Schuttert*
    Jay J. Schuttert, Esq.
    Nevada Bar No. 8656
    Alexandria L. Layton, Esq.
    Nevada Bar No. 14228

*Attorneys for Defendants Northrop Grumman Systems Corporation, Goodrich Corporation and Titeflex Commercial, Inc.*

**VORYS, SATER, SEYMOUR AND PEASE LLP**

By: */s/ Stephen C. Musilli*
    Stephen C. Musilli, Esq.
    *Admitted pro hac vice*

*Attorneys for Defendant Goodrich Corporation*

**IT IS SO ORDERED.**

**CRAIG P. KENNY & ASSOCIATES**

By: */s/ Lawrence E. Mittin*
    Lawrence E. Mittin, Esq.
    Nevada Bar No. 005428

**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**

By: */s/ Lorette Fisher*
    T. Barton French, Jr.
    Nevada Bar No. 5641
    Jackalyn A. Olinger Rochelle
    *Admitted Pro Hac Vice*
    Lorrette Fisher, New York
    *Admitted Pro Hac Vice*

*Attorneys for Plaintiff Jordan Potter*

**ORDER**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 15, 2021

CASE NO.: 2:20-cv-00276-RFB-VCF