Jay J. Schuttert, Esq.
Nevada Bar No. 8656
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: jschuttert@efstriallaw.com
Email: alayton@efstriallaw.com

*Attorneys for Defendants Northrop Systems*
*Corporation,Goodrich Corporation and Titeflex*
*Commercial, Inc.*

Stephen Craig Musilli, Esq. (*admitted pro hac vice*)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
Columbua, Ohio 43215
Telephone:  614-464-6494
Facsimile: 614-719-5245
Email: scmusilli@vorys.com

*Attorneys for Defendant Goodrich Corporation*

### UNITED STATES DISTRICT COURT

### LAS VEGAS, NEVADA

| | |
|---|---|
| JORDAN J. POTTER,<br><br>                              Plaintiff,<br><br>vs.<br><br>CRANE CO., et al.,<br><br>                              Defendants. | **Case No.: 2:20-cv-00276-RFB-VCF**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT GOODRICH CORPORATION WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Jordan J. Potter and Defendant

Goodrich Corporation ("Goodrich") through their undersigned counsel of record, that Plaintiff's

Complaint in the above-entitled action shall be dismissed without prejudice as to Plaintiff's claims

against Goodrich.  Each party to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

Evans Fears & Schuttert LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

1

2

*Jordan J. Potter v. Crane Co.,et al.*
*Case No. 2:20-cv-00276-RFB-VCF*
*Stipulation and Order for Dismissal of Defendant Goodrich Corporation)*

3

4

5

Dated:  July 30, 2021.

6

**EVANS FEARS & SCHUTTERT LLP**

**CRAIG P. KENNY & ASSOCIATES**

7

8

By:  ___/s/ Jay J. Schuttert___
    Jay J. Schuttert, Esq.
    Nevada Bar No. 8656
    Alexandria L. Layton, Esq.
    Nevada Bar No. 14228
    6720 Via Austi Parkway, Suite 300
    Las Vegas, Nevada 89119
    Telephone:  702-805-0290
    Facsimile:  702-805-0291
    Email: jschuttert@efstriallaw.com
    Email: alayton@efstriallaw.com

By: _/s/ Lawrence E. Mittin_
    Lawrence E. Mittin
    Nevada Bar No. 005428
    501 S. 8th Street
    Las Vegas, NV  89101
    lmittin@cpklaw.com

9

10

11

12

13

*Attorneys for Plaintiff Jordan J. Potter*

14

*Attorneys for Defendants Northrop
Systems Corporation, Goodrich
Corporation and Titeflex Commercial,
Inc.*

**MAUNE RAICHLE HARTLEY FRENCH
& MUDD, LLC**

15

16

Stephen Craig Musilli, Esq.
(*admitted pro hac vice*)
**VORYS, SATER, SEYMOUR AND
PEASE LLP**
52 East Gay Street
Columbua, Ohio 43215
Telephone:  614-464-6494
Facsimile: 614-719-5245
Email: scmusilli@vorys.com

By:  _/s/ Jackalyn A. O. Rochelle_
    T. Barton French, Jr.
    Nevada Bar No. 5641
    Jackalyn A.O. Rochelle, Esq.
    *Admitted Pro Hac Vice*
    Lorrette Fisher, Esq.
    *Admitted Pro Hac Vice*
    1015 Locust Street, Suite 1200
    St. Louis, MO 63101
    jrochelle@mrhfmlaw.com

17

18

19

20

21

*Attorneys for Plaintiff Jordan Potter*

22

*Attorneys for Defendant Goodrich
Corporation*

## IT IS SO ORDERED:

23

24

25

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 30th day of July, 2021.

26

27

28

- 2 -

1565565.1