# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JORDAN J. POTTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CRANE CO., *et al.*,<br><br>    Defendant. | 2:20-cv-00276-RFB-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's Emergency Motion for Leave to File and Serve Out-Of-Time Witness and Exhibit Lists and Expert Reports, and for Modification of the Scheduling Order (ECF NO. 365).

The instant motion does not comply with LR 7-4.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion for Leave to File and Serve Out-Of-Time Witness and Exhibit Lists and Expert Reports, and for Modification of the Scheduling Order (ECF NO. 365) will be briefed in the ordinary course.

DATED this 6th day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE