# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JORDAN J. POTTER,

        Plaintiff,

vs.

CRANE CO., *et al.*,

        Defendant.

2:20-cv-00276-RFB-VCF

**ORDER**

    Before the Court is Plaintiff's Motion For Leave To Serve Out-Of-Time Expert Witness Disclosure And Expert Reports, And For Modification Of The Scheduling Order (ECF No. 367). Plaintiff does not request that the court handle this Motion on an emergency basis. However, the docket text entered by the filing party mistakenly describes Plaintiff's Motion For Leave To Serve Out-Of-Time Expert Witness Disclosure And Expert Reports, And For Modification Of The Scheduling Order (ECF No. 367) as an "Emergency."

    Plaintiff's Motion For Leave To Serve Out-Of-Time Expert Witness Disclosure And Expert Reports, And For Modification Of The Scheduling Order (ECF No. 367) seeks substantially the same relief as Plaintiff's Emergency Motion for Leave to File and Serve Out-Of-Time Witness and Exhibit Lists and Expert Reports, and for Modification of the Scheduling Order (ECF NO. 365).

    Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's Emergency Motion for Leave to File and Serve Out-Of-Time Witness and Exhibit Lists and Expert Reports, and for Modification of the Scheduling Order (ECF NO. 365) is DENIED as moot. Plaintiff's Motion For Leave To Serve Out-Of-Time Expert Witness Disclosure And Expert Reports, And For Modification Of The Scheduling Order (ECF No. 367) will be briefed in the ordinary course.

    DATED this 10th day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE