Jackalyn A. Olinger Rochelle, Illinois Bar No. 6288480
Admitted *Pro Hac Vice*
Lorrette Fisher, New York Bar No. 5263934
Admitted *Pro Hac Vice*
MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
1015 Locust Street, Suite 1200
St. Louis, MO 63101
jrochelle@mrhfmlw.com
lfisher@mrhfmlaw.com
Phone: (800) 358-5922
Fax: (314) 241-4838
Attorneys for Plaintiff

Lawrence E. Mittin, Esq.
Nevada Bar No. 005428
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV 89101
(702) 380-2800
Fax: (702) 380-2833
lmittin@cpklaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JORDAN J. POTTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CRANE CO., et al.,<br><br>　　　　　Defendants. | CASE NO.: 2:20-CV-00276-RFB-VCF<br><br>STIPULATION FOR THE WITHDRAWAL OF T. BARTON FRENCH AND BENJAMIN W. HAILE AS COUNSEL FOR PLAINTIFF |

PLEASE TAKE NOTICE that T. Barton French and Benjamin W. Haile, with the consent of Jordan J. Potter, hereby withdraw as attorneys of record for Plaintiff JORDAN J. POTTER.

**CONSENT AND STIPULATION TO WITHDRAWAL**

Jordan J. Potter hereby consents and stipulates to the withdrawal of T. Barton French and Benjamin W. Haile as attorneys of record for Plaintiff in this action.

*[signature]*
Jordan J. Potter, Plaintiff

DATED the 21st day of September, 2021

CRAIG P. KENNY & ASSOCIATES

By: */s/ Lawrence E. Mittin*
    Lawrence E. Mittin, Esq.
    Nevada Bar No.  005428
    501 S. 8th Street
    Las Vegas, NV  89101
    (702) 380-2800
    Fax:  (702) 380-2833
    lmittin@cpklaw.com
    *Attorneys for Plaintiff*


MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

    Jackalyn A. Olinger Rochelle,
    Illinois Bar No. 6288480
    Admitted *Pro Hac Vice*
    Lorrette Fisher, New York Bar No. 5263934
    Admitted *Pro Hac Vice*
    1015 Locust Street, Suite 1200
    St. Louis, MO 63101
    Phone: (800) 358-5922
    Fax: (314) 241-4838
    jrochelle@mrhfmlaw.com
    lfisher@mrhfmlaw.com
    *Attorneys for Plaintiff*


IT IS SO ORDERED:

*[signature]*
UNITED STATES MAGISTRATE JUDGE

DATED: 9-21-2021

**CERTIFICATE OF SERVICE**

I certify that I am an employee of MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC and that on the 21st day of September, 2021, I served a true and correct copy of the foregoing document to all parties on file with the CM/ECF via electronic mail:

**PLAINTIFF JORDAN POTTER**
CRAIG P. KENNY & ASSOCIATES
Lawrence E. Mittin, Esq.
501 S. 8th Street
Las Vegas, NV  89101
Telephone:  (702) 380-2800
Facsimile:  (702) 380-2833

lmittin@cpklaw.com
shanks@cpklaw.com

**ARROWHEAD PRODUCTS**
HOLLAND & HART LLP
Lars K. Evensen
Joseph G. Went
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: 702.669.4600
Fax: 702.669.4650

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Eric Larson Zalud
Nora K. Cook
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363-4500
Facsimile: 216.363-4588

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Joseph R. Blalock
4100 South High Street, Suite 2600
Columbus, Ohio 43215-6164
Telephone: 614.223-9300
Facsimile: 614.223-9330

lkevensen@hollandhart.com; jgwent@hollandhart.com;
ezalud@beneschlaw.com; jblalock@beneschlaw.com;
ncook@beneschlaw.com

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | **CRANE CO.**<br>BACKUS, CARRANZA & BURDEN<br>Edgar Carranza, Esq.<br>Jacquelyn Franco, Esq.<br>3050 South Durango Drive<br>Las Vegas, Nevada 89117<br>(702) 872-5555 tel.<br>(702) 872-5545 fax<br><br>ecarranza@backuslaw.com<br>JacquelynFranco@backuslaw.com |
| 7<br>8<br>9<br>10<br>11<br>12<br>13 | **DEXTER HYSOL AEROSPACE, LLC**<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>Steven B. Abbott, Esq.<br>Michael R. Smith, Esq.<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: (702) 893-3383<br>Facsimile: (702) 893-3789<br><br>Steven.Abbott@lewisbrisbois.com<br>Michael.r.Smith@lewisbrisbois.com |
| 14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | **EATON AEROQUIP, LLC**<br>Michael M. Edwards<br>MESSNER REEVES LLP<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>702 363 5100 tel<br>702 363 5101 fax<br><br>David P. Strup<br>Shumaker, Loop & Kendrick, LLP<br>1000 Jackson Street<br>Toledo, OH 43604<br>(419) 321-1306<br><br>medwards@messner.com<br>dstrup@shumaker.com |

| | |
|---|---|
| 1 | **GENERAL DYNAMICS CORPORATION** |
| | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | Robert E. Schumacher |
| | James E. Cavanaugh |
| 3 | Michael Ramirez |
| | James Lowery |
| 4 | 300 South Fourth Street, Suite 1550 |
| | Las Vegas, Nevada 89101 |
| 5 | Direct Lines: (702) 577-9319/9340 |
| | Telephone: (702) 577-9300 |
| 6 | Facsimile: (702) 255-2858 |
| 7 | |
| | Erik DiMarco, Esq. |
| 8 | Aleksandra Szaina, Esq. |
| | 1 Battery Park Plaza, 28th Floor |
| 9 | New York, NY 10004 |
| | (212) 269-5500 |
| 10 | |
| 11 | edimarco@grsm.com |
| | aszajna@grsm.com |
| 12 | rschumacher@grsm.com |
| | jecavanaugh@grsm.com |
| 13 | mramirez@grsm.com |
| | jlowery@grsm.com |
| 14 | |
| 15 | **GENERAL ELECTRIC COMPANY** |
| | J Christopher Jorgensen |
| 16 | Nevada Bar No. 5382 |
| | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 17 | 3993 Howard Hughes Pkwy, Suite 600 |
| | Las Vegas, NV 89169-5996 |
| 18 | Tel: (702) 949-8200 |
| 19 | |
| | cjorgensen@lrrc.com |
| 20 | **HARCOSEMCO LLC** |
| | OLSON CANNON GORMLEY & STOBERSKI |
| 21 | Michael E. Stoberski |
| | Paterno C. Jurani |
| 22 | 9950 West Cheyenne Avenue |
| | Las Vegas, NV 89129 |
| 23 | Telephone: (702) 384-4012 |
| | Facsimile: (702) 383-0701 |
| 24 | |
| 25 | mstoberski@ocgas.com |
| | pjurani@ocgas.com |
| 26 | |
| 27 | |

**HENKEL US OPERATIONS CORPORATION, incorrectly named as Henkel Corporation as successor-in-interest to Locite Corporation**
LEWIS BRISBOIS BISGAARD & SMITH LLP
Darrell D. Dennis, Esq.
Steven B. Abbott, Esq.
Michael R. Smith, Esq.
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

Kari Halbrook
50 E. 91st Street
Indianapolis, IN 46240
Telephone: (317) 324-4754

Darrell.Dennis@lewisbrisbois.com
Steven.Abbott@lewisbrisbois.com
Michael.r.Smith@lewisbrisbois.com
Kari.Halbrook@lewisbrisbois.com

**HEXCEL CORPORATION**
Michelle D. Alarie
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-8995

Gregory Iken
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065

Scott Kossoudji
GLAZIER YEE LLP
707 Wilshire Boulevard, Suite 2025
Los Angeles, CA 90017
Telephone: (213) 312-9200

Spencer Wein
New York Bar No. 5141577
DUANE MORRIE LLP

| | |
|---|---|
| 1 | 1540 Broadway |
| | New York, New York 10036-4086 |
| 2 | Telephone: (212) 471-1821 |
| 3 | malarie@atllp.com |
| | giken@atllp.com |
| 4 | sdwein@duanemorris.com |
| 5 | kossoudji@glazieryee.com |
| 6 | **INDUSTRIAL MANUFACTURING** |
| | HOLLAND & HART LLP |
| 7 | Lars K. Evensen |
| | Joseph G. Went |
| 8 | 9555 Hillwood Drive, 2nd Floor |
| | Las Vegas, Nevada 89134 |
| 9 | Phone: 702.669.4600 |
| | Fax: 702.669.4650 |
| 10 | |
| 11 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| | Eric Larson Zalud |
| 12 | Nora K. Cook |
| | 200 Public Square, Suite 2300 |
| 13 | Cleveland, Ohio 44114-2378 |
| | Telephone: 216.363-4500 |
| 14 | Facsimile: 216.363-4588 |
| 15 | |
| | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 16 | Joseph R. Blalock |
| | 4100 South High Street, Suite 2600 |
| 17 | Columbus, Ohio 43215-6164 |
| | Telephone: 614.223-9300 |
| 18 | Facsimile: 614.223-9330 |
| 19 | |
| | lkevensen@hollandhart.com |
| 20 | jgwent@hollandhart.com |
| | ezalud@beneschlaw.com |
| 21 | jblalock@beneschlaw.com |
| | ncook@beneschlaw.com |
| 22 | **NORTHROP GRUMMAN SYSTEMS CORPORATION** |
| | EVANS FEARS & SCHUTTERT LLP |
| 23 | Jay J. Schuttert |
| | Alexandria L. Layton |
| 24 | Hayley E. Miller |
| | 6720 Via Austi Parkway, Suite 300 |
| 25 | Las Vegas, NV 89119 |
| | Telephone: 702-805-0290 |
| 26 | Facsimile: 702-805-0291 |
| 27 | |

TUCKER ELLIS LLP
Daniel J. Kelly
201 Mission Street, Suite 2310
San Francisco, CA 94105
(415) 617-2203 tel.
(415) 617-2409 fax

jschuttert@efstriallaw.com
alayton@efstriallaw.com
hmiller@efstriallaw.com
daniel.kelly@tuckerellis.com

**OLD ORCHARD INDUSTRIAL CORP**
GORDON REES SCULLY MANSUKHANI, LLP
Robert E. Schumacher
James E. Cavanaugh
Michael Ramirez
James Lowery
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Direct Lines: (702) 577-9319/9340
Telephone: (702) 577-9300
Facsimile: (702) 255-2858

Erik DiMarco
1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500

rschumacher@grsm.com
jecavanaugh@grsm.com
mramirez@grsm.com
jlowery@grsm.com
awilson@grsm.com
edimarco@grsm.com

**PARKER-HANNIFIN CORPORATION**
SNELL & WILMER L.L.P.
Tracy H. Fowler
Dawn L. Davis
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5275
Facsimile: (702) 784-5252

tfowler@swlaw.com
ddavis@swlaw.com

| | |
|---|---|
| 1 | **ROGERS CORPORATION**<br>MESSNER REEVES LLP |
| 2 | David J. Mortenson<br>Jessica Gandy |
| 3 | Stephanie Prescott<br>Tya Frabott |
| 4 | 8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148 |
| 5 | Telephone: (702) 363-5100 |
| 6 | Facsimile: (702) 363-5101 |
| 7 | dmortensen@messner.com |
| 8 | Jgandy@messner.com<br>sprescott@messner.com |
| 9 | tfrabott@messner.com |
| | **TELEFLEX INCORPORATED** |
| 10 | CLARK HILL LLP<br>Gerald P. Schneeweis |
| 11 | Kyle Fellenz |
| 12 | One America Plaza<br>600 West Broadway, Suite 500 |
| 13 | San Diego, CA 92101<br>Telephone: (619) 819-2421 |
| 14 | Facsimile: (619) 557-0460 |
| 15 | CLARK HILL PLLC |
| 16 | Nicholas M. Wieczorek<br>3800 Howard Hughes Parkway |
| 17 | Suite 500<br>Las Vegas, NV 89169 |
| 18 | |
| 19 | gschneeweis@clarkhill.com<br>kfellenz@clarkhill.com |
| 20 | nwieczorek@clarkhill.com |
| | **TITEFLEX COMMERICAL, INC.** |
| 21 | EVANS FEARS & SCHUTTERT LLP<br>Jay J. Schuttert |
| 22 | Alexandria L. Layton |
| 23 | Hayley E. Miller<br>6720 Via Austi Parkway, Suite 300 |
| 24 | Las Vegas, NV 89119<br>Telephone: 702-805-0290 |
| 25 | Facsimile: 702-805-0291 |
| 26 | MANNING GROSS + MASSENBURG LLP |
| 27 | Jonathan Tabasky |

- 9 -

125 High Street
Boston, MA 02110
Telephone: 617-670-8800

jschuttert@efstriallaw.com
alayton@efstriallaw.com
hmiller@efstriallaw.com
jtabasky@mgmlaw.com

**WYETH HOLDINGS LLC f/k/a AMERICAN CYANAMID COMPANY**
KING & SPALDING LLP
Troy D. McMahan
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1205

Stephanie A. Le
633 West Fifth St, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355

WILEY PETERSEN
Robert J. Caldwell
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145
Telephone: (702) 910-3329
Fax: (702) 553-3467

tMcmahan@kslaw.com
sle@kslaw.com
RCaldwell@wileypetersenlaw.com
dkidd@wileypetersenlaw.com
cdugenia@wileypetersenlaw.com

                                                     */s/ Stephanie Hanks*
                                                     An Employee of Craig P. Kenny & Associates