DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 2547
JESSICA GANDY, ESQ.
Nevada Bar No. 14202
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: dmortensen@messner.com
            jgandy@messner.com
*Attorneys for Defendant*
    *Rogers Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER,<br><br>                Plaintiff,<br>vs.<br><br>ARROWHEAD PRODUCTS, Individually and as successor in interest to Arrowhead Rubber Company;<br>CRANE CO.; DCO, LLC;<br>EATON AEROQUIP, LLC;<br>GENERAL DYNAMICS CORPORATION;<br>GENERAL ELECTRIC COMPANY;<br>GOODRICH CORPORATION fka The BF Goodrich Company;<br>HARCOSEMCO LLC fka HARCO LLC;<br>HENKEL CORPORATION as successor-in-interest to Loctite Corporation and Dexter Hysol; HEXCEL CORPORATION, fka, Heath Tecna fka Ciba-Geigy;<br>HONEYWELL INTERNATIONAL, INC., Individually and as successor to Alliedsignal, Inc. and The Bendix Corporation; IMO INDUSTRIES, INC.;<br>IMO INDUSTRIES, INC., Individually and as successor in interest to Adel Fasteners;<br>INDUSTRIAL MANUFACTURING COMPANY, as successor in interest to | Case No.  2:20-CV-00276-RFB-VCF<br><br><br>**STIPULATION TO DISMISS**<br>**DEFENDANT ROGERS CORPORATION** |

Arrowhead Products and Arrowhead Rubber Company;
NORTHROP GRUMMAN CORPORATION;
OLD ORCHARD INDUSTRIAL CORP.;
PARKER-HANNIFIN CORPORATION, Individually and as successor-in-interest to Cleveland Wheel & Brake and Stratoflex Productions;
ROGERS CORPORATION;
TELEFLEX INCORPORATED;
TIGHITCO INC. as successor-in-interest to H.I. Thompson Company and HITCO;
TITEFLEX COMMERCIAL INC;
RAYTHEON TECHNOLOGIES CORPORATION fka United Technologies Corporation;
WYETH HOLDINGS LLC; wyeth Holdings Corp. fka American Cyanamid Corporation;
DOES 1 through 10, inclusive and ROE CORPORATIONS 1 through 50, inclusive,

Defendants.

COMES NOW, Plaintiff, JORDAN POTTER by and through their counsel of record, Jackalyn Olinger Rochelle, Esq. and Lorrette Fisher, Esq. of the law firm of MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC., and Defendant, ROGERS CORPORATION, by and through their counsel of record, David J. Mortensen, Esq. and Jessica R. Gandy, Esq., of the law firm of MESSNER REEVES LLP, hereby stipulate and agree to the following:

1. That Defendant ROGERS CORPORATION, shall be dismissed, from the instant litigation, Federal District of Nevada Civil Case No. 2:20-CV-00276-RFB-VCF

2. Each party shall bear its own attorneys' fees and costs.

Counsel to this matter have agreed to the use of their e-signatures via email correspondence, attached hereto as **Exhibit 1**. The Proposed Order regarding Stipulation and Order for Dismissal of Defendant Rogers Corporation is attached hereto as **Exhibit 2.**

. . .

**IT IS SO STIPULATED.**

DATED this 17th day of November, 2021.

MESSNER REEVES LLP


*/s/ Jessica Gandy*
David J. Mortensen, Esq.
Nevada Bar No. 2547
Jessica Gandy, Esq.
Nevada Bar No. 14202
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*
   *Rogers Corporation*

DATED this 17th day of November, 2021

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC


*/s/ Jackalyn Olinger Rochelle*
Jackalyn A. Olinger Rochelle
Illinois Bar No. 6288480
Admitted Pro Hac Vice
Lorrette Fisher, New York Bar No. 5263934
Admitted Pro Hac Vice
1015 Locust Street, Suite 1200
St. Louis, MO 63101
*Attorneys for Plaintiff*

Lawrence E. Mittin, Esq.
Nevada Bar No. 005428
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## INDEX OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION | PAGES |
|---|---|---|
| **1** | Email correspondence re: counsel to this matter have agreed to the use of their e-signatures | 3 |
| **2** | Proposed Order regarding Stipulation for Dismissal of Defendant Rogers Corp. | 4 |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of November, 2021, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT ROGERS, CORPORATION** addressed to the following counsel of record at the following address(es) via electronic mail:

**Plaintiff Jordan Potter**
    MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
    1015 Locust Street, Suite 1200, St. Louis, MO 63101
        Jackalyn Olinger Rochelle jrochelle@mrhfmlw.com (Pro Hac Vice)
        Lorrette Fisher lfisher@mrhfmlaw.com (Pro Hac Vice)
        Kelly Pool kpool@mrhfmlaw.com (Paralegal)
    CRAIG P. KENNY & ASSOCIATES
    501 S. 8th Street, Las Vegas, NV 89101
        Lawrence Mittin lmittin@cpklaw.com (NV Counsel)
        Stephanie Hanks shanks@cpklaw.com (Paralegal)

**Defendant Old Orchard Industrial Corp**
    GORDON REES SCULLY MANSUKHANI
    300 South 4th Street, Suite 1550, Las Vegas, Nevada 89101
        James Cavanaugh jecavanaugh@grsm.com (Senior Counsel)
        James Lowery jlowery@grsm.com (Partner)
        Theodore Yarbrough tyarbrough@grsm.com (Associate)
        Andrea Montero amontero@grsm.com

**Defendant General Dynamics Corporation**
    GORDON REES SCULLY MANSUKHANI
    1 Battery Park Plaza, 28th Floor, New York, New York 10004
    300 South 4th Street, Suite 1550, Las Vegas, Nevada 89101
        James Cavanaugh jecavanaugh@grsm.com (Senior Counsel)
        Erik DiMarco edimarco@grsm.com (Pro Hac Vice)
        Michael Ramirez mramirez@grsm.com (Pro Hac Vice)
        Aleksandra Szajna aszajna@grsm.com (Associate)
        Ashley Wilson awilson@grsm.com
        Andrea Montero amontero@grsm.com
        Jessica Huot jhuot@grsm.com

**Defendant Dexter Hysol Aerospace and Henkel US Operations Corp**
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 South Rainbow Blvd., Suite 600, Las Vegas, Nevada 89118
        Steven Abbott steven.abbott@lewisbrisbois.com (Partner)
        Kari Halbrook kari.halbrook@lewisbrisbois.com (Partner)

Michael Smith michael.r.smith@lewisbrisbois.com (Associate)
Amanda Doell amanda.doell@lewisbrisbois.com (Paralegal)
Cynthia Halas cynthia.halas@lewisbrisbois.com (Legal Assistant)

**Defendant Arrowhead Products and Industrial Manufacturing Company**
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
200 Public Square, Suite 2300 Cleveland, Ohio 44114-2378
4100 South High Street, Suite 2600, Columbus, Ohio 43215-6164
Eric Zalud ezalud@beneschlaw.com (Pro Hac Vice)
Joe Blalock JBlalock@beneschlaw.com (Pro Hac Vice)
Nora Cook ncook@beneschlaw.com (Associate)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor, Las Vegas, Nevada 89134
Lars Evensen lkevensen@hollandhart.com (NV Counsel)
Joseph Went jgwent@hollandhart.com (NV Counsel)

**Defendants Titeflex Commercial, Inc. and Northrop Grumman Systems Corporation (NGSC)**
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300, Las Vegas, Nevada 89119
Alexandria Layton alayton@efstriallaw.com (Associate)
Jay Schuttert jschuttert@efstriallaw.com (Partner)
MG+M THE LAW FIRM (Titeflex Commercial, Inc., only)
125 High Street Boston, MA 02110
Jonathan Tabasky jtabasky@mgmlaw.com (Pro Hac Vice)

**Defendant HarcoSemco**
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue, Las Vegas, Nevada 89129
Paterno Jurani pjurani@ocgas.com (Associate)
Michael Stoberski mstoberski@ocgas.com (Associate)
Deborah Lien dlien@ocgas.com (Paralegal)
Cindie McCulloch cmcculloch@ocgas.com (Legal Assistant)

**Defendant Eaton Aeorquip, LLC**
MESSNER REEVES LLP
8945 West Russell Road, Suite 300, Las Vegas, Nevada 89148
Michael Edwards medwards@messner.com (NV Counsel)
Derek Noack dnoack@messner.com (NV Counsel)
Laurie Moreno lmoreno@messner.com (Legal Assistant)
Lisa Thayer lthayer@messner.com (Legal Assistant)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street, Toledo OH 43604
David Strup dstrup@shumaker.com (Pro Hac Vice)

**Defendant Hexcel Corporation**
    ARMSTRONG TEASDALE LLP
    3770 Howard Hughes Parkway, Suite 200, Las Vegas, Nevada 89169
        Michelle Alarie malarie@atllp.com (NV Counsel)
        Gregory Iken giken@atllp.com (NV Counsel)
        Christie Rehfeld crehfeld@atllp.com (Legal Assistant)
    GLAZIER YEE LLP
    707 Wilshire Boulevard, Suite 2025, Los Angeles, California 90017
        Scott Kossoudji kossoudji@glazieryee.com (Pro Hac Vice)

**Defendant Wyeth Holdings LLC**
    KING & SPALDING LLP
    50 California Street, Suite 3300, San Francisco, CA 94111
    633 West Fifth Street, Suite 1600, Los Angeles, CA 90071
        Troy D. McMahan TMcMahan@kslaw.com (Pro Hac Vice)
        Stephanie Le SLe@kslaw.com (Pro Hac Vice)
    WILEY PETERSEN
        Robert Caldwell RCaldwell@wileypetersenlaw.com (NV Counsel)
        1050 Indigo Dr., Suite 200B, Las Vegas, NV 89145

**Defendant Crane Co.**
    BACKUS, CARRANZA & BURDEN
    3050 S. Durango Drive, Las Vegas, NV 89117
        Edgar Carranza ecarranza@backuslaw.com (Associate)
        Jacquelyn Franco jacquelynfranco@backuslaw.com (Associate)

**Defendant Parker-Hannifin Corporation**
    SNELL & WILMER LLP
    3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169
        Tracy Fowler tfowler@swlaw.com (Pro Hac Vice)
        Dawn Davis ddavis@swlaw.com (NV Counsel)
        Lyndsey Luxford lluxford@swlaw.com (Legal Assistant)

**Defendant Teleflex Incorporated**
    CLARK HILL PLLC
    3800 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169
    West Broadway, Suite 500, San Diego, California 92101
        Nicholas Wieczorek nwieczorek@clarkhill.com (NV Counsel)
        Gerald Schneewise gschneeweis@clarkhill.com (Pro Hac Vice)
        Kyle Fellenz kfellenz@clarkhill.com (Pro Hac Vice)

. . .

. . .

**Defendant General Electric**
LEWIS ROCA ROTHERGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600 Las Vegas, NV 89169-5996
J. Christopher Jorgensen cjorgensen@lrrc.com (Associate)

                                               */s/ Tya Frabott*
                                        An Employee of Messner Reeves LLP

# Exhibit 1

{03148506 / 1}

# Tya Frabott

| | |
|---|---|
| **From:** | Jackie Olinger Rochelle <jrochelle@mrhfmlaw.com> |
| **Sent:** | Wednesday, November 17, 2021 1:48 PM |
| **To:** | Tya Frabott; Jessica R. Gandy |
| **Cc:** | Stephanie Prescott |
| **Subject:** | RE: Our File No. 10677.0002 / Rogers et. al adv. Potter / STIPULATION TO DISMISS ROGERS CORPORATION |

Yes, thank you

Jackie Olinger Rochelle
MRHFM
Cell: (314) 570-8840
Email: jrochelle@mrhfmlaw.com

---

**From:** Tya Frabott [mailto:tfrabott@messner.com]
**Sent:** Wednesday, November 17, 2021 12:16 PM
**To:** Jackie Olinger Rochelle <jrochelle@mrhfmlaw.com>; Jessica R. Gandy <jgandy@messner.com>
**Cc:** Stephanie Prescott <sprescott@messner.com>
**Subject:** RE: Our File No. 10677.0002 / Rogers et. al adv. Potter / STIPULATION TO DISMISS ROGERS CORPORATION

==CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.==

Good morning Ms. Rochelle,

The Stipulation has been updated to reflect the change, see attached. Do we have permission to affix your e-signature?

Thank you,

**TYA FRABOTT**
Legal Assistant
**Messner Reeves LLP**
**O:** 702.363.5100  **E:** tfrabott@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

---

**From:** Jackie Olinger Rochelle <jrochelle@mrhfmlaw.com>
**Sent:** Wednesday, November 17, 2021 7:42 AM
**To:** Jessica R. Gandy <jgandy@messner.com>
**Cc:** Tya Frabott <tfrabott@messner.com>; Stephanie Prescott <sprescott@messner.com>
**Subject:** Re: Our File No. 10677.0002 / Rogers et. al adv. Potter / STIPULATION TO DISMISS ROGERS CORPORATION

Jessica - the motion reads "with prejudice" in one of the last sentences. Can you adjust?

Jackie Olinger Rochelle
Attorney at Law
Maune Raichle Hartley
French & Mudd, LLC

1

jrochelle@mrhfmlaw.com
Office: 314.244.1397
Cell: 314.570.8840

On Nov 16, 2021, at 5:36 PM, Jessica R. Gandy <jgandy@messner.com> wrote:

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jackie –

Per our conversation, please see the attached SAO.

Thank you,
Jessica


**JESSICA R. GANDY**
Attorney
**M:** 702.363.5100 **E:** jgandy@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148
One East Liberty Street, Suite 600, Reno, NV 89501



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# Exhibit 2

{03148506 / 1}

DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 2547
JESSICA GANDY, ESQ.
Nevada Bar No. 14202
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: dmortensen@messner.com
             jgandy@messner.com
*Attorneys for Defendant*
     *Rogers Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER,<br><br>             Plaintiff,<br>vs.<br><br>ARROWHEAD PRODUCTS, Individually and as successor in interest to Arrowhead Rubber Company;<br>CRANE CO.; DCO, LLC;<br>EATON AEROQUIP, LLC;<br>GENERAL DYNAMICS CORPORATION;<br>GENERAL ELECTRIC COMPANY;<br>GOODRICH CORPORATION fka The BF Goodrich Company;<br>HARCOSEMCO LLC fka HARCO LLC;<br>HENKEL CORPORATION as successor-in-interest to Loctite Corporation and Dexter Hysol; HEXCEL CORPORATION, fka, Heath Tecna fka Ciba-Geigy;<br>HONEYWELL INTERNATIONAL, INC., Individually and as successor to Alliedsignal, Inc. and The Bendix Corporation; IMO INDUSTRIES, INC.;<br>IMO INDUSTRIES, INC., Individually and as successor in interest to Adel Fasteners;<br>INDUSTRIAL MANUFACTURING COMPANY, as successor in interest to | Case No.  2:20-CV-00276-RFB-VCF<br><br>**ORDER REGARDING STIPULATION TO DISMISS DEFENDANT ROGERS CORPORATION** |

Arrowhead Products and Arrowhead Rubber Company;
NORTHROP GRUMMAN CORPORATION;
OLD ORCHARD INDUSTRIAL CORP.;
PARKER-HANNIFIN CORPORATION, Individually and as successor-in-interest to Cleveland Wheel & Brake and Stratoflex Productions;
ROGERS CORPORATION;
TELEFLEX INCORPORATED;
TIGHITCO INC. as successor-in-interest to H.I. Thompson Company and HITCO;
TITEFLEX COMMERCIAL INC;
RAYTHEON TECHNOLOGIES CORPORATION fka United Technologies Corporation;
WYETH HOLDINGS LLC; wyeth Holdings Corp. fka American Cyanamid Corporation;
DOES 1 through 10, inclusive and ROE CORPORATIONS 1 through 50, inclusive,

Defendants.

Pursuant to the foregoing stipulation of counsel for the moving parties, and good cause appearing therefore.

IT IS HEREBY ORDERED that Defendant, ROGERS CORPORATION, shall be dismissed, from the instant litigation, United States District Court for the District of Nevada Case No. 2:20-CV-00276-RFB-VCF;

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED this  17th  day of  November , 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

2

10677.0002                    {05902101 / 1}                    2:20-cv-00276-RFB-VCF

*Respectfully submitted by:*

MESSNER REEVES LLP

       */s/ Jessica Gandy*
DAVID J. MORTENSEN, ESQ. (NBN 2547)
JESSICA GANDY, ESQ. (NBN 14202)
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:     (702) 363-5101
E-mail: dmortensen@messner.com
          jgandy@messner.com
*Attorneys For Defendant*
*Rogers Corporation*