ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
JAMES E. CAVANAUGH, ESQ.
Nevada Bar No. 6929
**GORDON REES SCULLY MANSUKHANI LLP**
300 South 4ᵗʰ Street, Suite 1550
Las Vegas, Nevada 89101
Direct Lines:  (702) 577-9319/9340
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
Email:  rschumacher@grsm.com
         jecavanaugh@grsm.com

JAMES A. LOWERY, ESQ.
Texas Bar No. 797911, Admitted Pro Hac Vice
**GORDON REES SCULLY MANSUKHANI LLP**
2200 Ross Avenue, Suite 3700
Dallas, TX 75201
Direct Line: (214) 231-4717
Email:  jlowery@grsm.com

*Attorneys for Defendant*
*OLD ORCHARD INDUSTRIAL CORP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JORDAN J. POTTER,

     Plaintiff,

  vs.

ARROWHEAD PRODUCTS, individually and as
successor in interest to Arrowhead Rubber
Company; CRANE CO.; DCO, LLC; EATON
AEROQUIP, LLC; OLD ORCHARD
CORPORATION; GENERAL ELECTRIC
COMPANY; GOODRICH CORPORATION f/k/a
The BF Goodrich Company; HARSEMCO LLC
f/k/a Harco LLC; HENKEL CORPORATION as
successor in interest to Loctite Corporation and
Dexter Hysol; HEXCEL CORPORATION f/k/a
Heath Tecna f/k/a Ciba-Geigy; HONEYWELL
INTERNATIONAL, INC., Individually and as
successor to Allied Signal, Inc. and The Bendix

Case No.:  2:20-cv-00276-RFB-VCF

**PLAINTIFF'S STIPULATION OF**
**DISMISSAL WITH PREJUDICE OF**
**DEFENDANT OLD ORCHARD**
**INDUSTRIAL CORP**

Gordon & Rees Scully Mansukhani, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

Corporation; IMO INDUSTRIES, INC.; IMO )
INDUSTRIES, INC., Individually and as )
Successor in interest to Adel Fasteners; )
INDUSTRIAL MANUFACTURING COMPANY, )
as successor in interest to Arrowhead Products and )
Arrowhead Rubber Company; NORTHROP )
GRUMMAN CORPORATION; OLD ORCHARD )
INDUSTRIAL CORP.; PARKER-HANNIFIN )
CORPORATION, individually and as successor in )
interest to Cleveland Wheel & Brake and Statoflex )
Products; ROGERS CORPORATION; TELEFLEX )
INCORPORATED; TIGHITCO INC., as successor )
in interest to H.I. Thompson Company and HITCO; )
TITEFLEX COMMERCIAL INC; RAYTHEON )
TECHNOLOGIES f/k/a United Technologies )
Corporation; WYETH HOLDINGS LLC f/k/a )
WYETH HOLDINGS LLC f/k/a Wyeth Holdings )
Corp. f/k/a American Cyanamic Corporation; DOES )
1 through 10, inclusive; and ROE CORPORATIONS )
1 through 50 inclusive, )
                                               )
                            Defendants.        )
                                               )
_____ )
                                               )
AND ALL RELATED CROSS-ACTIONS.                 )
                                               )
_____ )

///

///

///

///

///

///

///

///

///

///

///

///

Gordon & Rees Scully Mansukhani, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF DEFENDANT OLD ORCHARD INDUSTRIAL CORP**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, by and through his Counsel, that any and all claims asserted against Defendant Old Orchard Industrial Corp (including all claims against Old Orchard Industrial Corp as successor in interest to Vapor Corporation, and all claims against Vapor Corporation) in the above-entitled action are hereby Dismissed With Prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own expenses, including attorney's fees and costs incurred in this action.

DATED this 30th day of November, 2021          DATED this 30th day of November 2021

**MAUNE RAICHLE HARTLEY**          **GORDON REES SCULLY**
**FRENCH & MUDD LLC**              **MANSUKHANI, LLP**


/s/ Jackalyn A. Olinger Rochelle          /s/ James E. Cavanaugh
JACKALYN A. OLINGER ROCHELLE,             ROBERT E. SCHUMACHER, ESQ.
ESQ.                                      Nevada Bar No. 7504
Illinois Bar No. 6288480                  JAMES E. CAVANAUGH, ESQ.
Admitted *Pro Hac Vice*                   Nevada Bar No. 6929
LORRETTE FISHER, ESQ.                     300 South 4th Street, Suite 1550
New York Bar No. 5263934                  Las Vegas, NV 89101
Admitted *Pro Hac Vice*
1015 Locust Street, Suite 1200
St. Louis, MO 63101                       JAMES A. LOWERY, ESQ.
Phone: (800) 358-5922                     Texas Bar No. 797911,
Fax: (314) 241-4838                       Admitted Pro Hac Vice
jrochelle@mrhfmlaw.com                    2200 Ross Avenue, Suite 3700
lfisher@mrhfmlaw.com                      Dallas, Texas 75201
Attorneys for Plaintiff
                                          *Attorneys For Defendant,*
And                                       *OLD ORCHARD INDUSTRIAL CORP*

**CRAIG P. KENNY & ASSOCIATES**

LAWRENCE E. MITTIN, ESQ.
Nevada Bar No. 005428
501 S. 8th Street
Las Vegas, NV 89101
(702) 380-2800
lmittin@cpklaw.com

*Attorneys for Plaintiff*

Gordon & Rees Scully Mansukhani, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

Gordon & Rees Scully Mansukhani, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November 2021, I served a true and correct copy of **PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT OLD ORCHARD INDUSTRIAL CORP** via electronic mail to the following:

T. Barton French, Jr., Esq.
Jackie O. Rochelle, Esq.
Lorrette Fisher, Esq.
**MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC**
1015 Locust Street, Suite 1200
Sr. Louis, MO 63101
Email:  jrochelle@mrhfmlaw.com
          lfisher@mrhfmlaw.com

*And*

Lawrence E. Mittin, Esq.
**CRAIG P. KENNY & ASSOCIATES**
501 S. 8th Street
Las Vegas, Nevada 89101
Email: lmittin@cpklaw.com
*Attorneys for Plaintiff*
*JORDAN J. POTTER*


Jay J. Schuttert, Esq.
Alexandria L. Layton, Esq.
**EVANS FEARS & SCHUTTERT LLP**
2300 West Sahara Avenue, Suite 950
Las Vegas, Nevada 89102
Email: jschuttert@efstriallaw.com
          alayton@efstriallaw.com
*Attorneys for Defendants,*
*NORTHROP GRUMMAN SYSTEMS CORPORATION RAYTHEON TECHNOLOGIES CORPORATION F/K/A UNITED TECHNOLOGIES CORPORATION AND GOODRICH CORPORATION*


Michael M. Edwards, Esq.
Ryan Loosvelt, Esq.
**MESSNER REEVES**
8945 W. Russell Road, Ste 300
Las Vegas, NV 89148
Email. medwards@messner.com
          rloosvelt@messner.com

and

David P. Strup, Esq.
**SCHUMAKER, LOOP & KENDRICK, LLP**
1000 Jackson Street
Toledo, OH 43604
Email: dstrup@shumaker.com
*Attorneys for Defendant,*
*EATON AEROQUIP, LLC*


Daniel J. Kelly, Esq.
**TUCKER ELLIS LLP**
201 Mission Street, Suite 2310
San Francisco, CA 94105
Email: daniel.kelly@tuckerellis.com
*Attorneys for Defendant,*
*NORTHROP GRUMMAN SYSTEMS CORPORATION*

Edgar Carranza, Esq.
Jacquelyn Franco, Esq.
**BACKUS, CARRANZA & BURDEN**
3050 S. Durango Drive
Las Vegas, Nevada 89117
Email: ecarranza@backuslaw.com
*Attorneys for Defendant*
*CRANE CO.*

Robert E. Schumacher, Esq.
James E. Cavanaugh, Esq.
**GORDON REES SCULLY**
**MANSUKHANI, LLP**
300 South 4ᵗʰ Street, Suite 1550
Las Vegas, Nevada 89101
Email: rschumacher@grsm.com
         jecavanaugh@grsm.com

Eric C. DiMarco, Esq.
**GORDON REES SCULLY**
**MANSUKHANI, LLP**
1 Battery Park Plaza, 28ᵗʰ Floor
New York, New York 10004
Email: edimarco@grsm.com

Michael J. Ramirez, Esq.
**GORDON REES SCULLY**
**MANSUKHANI, LLP**
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Email: mramirez@grsm.com

*Attorneys for Defendant,*
*GENERAL DYNAMICS CORPORATION*

J Christopher Jorgensen, Esq.
**LEWIS ROCA ROTHGERBER**
**CHRISTIE LLP**
3993 Howard Hughes, Pkwy, Suite 600
Las Vegas, Nevada 89169
Email: cjorgensen@lrrc.com
*Attorney for Defendant,*
*GENERAL ELECTRIC COMPANY*

Lars K. Evensen, Esq.
Joseph G. Went, Esq.
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2ⁿᵈ Floor
Las Vegas, Nevada 89134
Email:  lkevensen@hollandhart.com
         jgwent@hollandhart.com

Eric Larson Zalud (*pro hac vice forthcoming*)
**BENESCH, FRIEDLANDER, COPLAN &**
**ARONOFF, LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Email: ezalud@beneschlaw.com

1

2

3

4

5

6

7

Joseph R. Blalock (*pro hac vice forthcoming*)
**BENESCH, FRIEDLANDER, COPLAN &**
**ARONOFF, LLP**
4100 South High Street, Suite 2600
Columbus, Ohio 43215
Email: jblalock@beneschlaw.com
*Attorneys for Defendant,*
*INDUSTRIAL MANUFACTURING*
*COMPANY*

8

9

10

11

12

13

14

15

16

17

Darrell D. Dennis, Esq.
Steven B. Abbott, Esq.
Michael R. Smith, Esq.
**LEWIS BRISBOIS BISGAARD &**
**SMITH, LLP**
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Email:  Darrell.Dennis@lewisbrisbois.com
        Steven.Abbott@lewisbrisbois.com
        Michael.r.Smith@lewisbrisbois.com
*Attorney for DEXTER HYSOL*
*AEROSPACE, LLC AND HENKEL US*
*OPERATIONS CORPORATION,*
*incorrectly named as HENKEL*
*CORPORATION as successor-in-interest to*
*LOCTITE CORPORATIONS AND*
*DEXTER HYSOL*

Tracy H. Fowler, Esq. *(Pro Hac Vice*
*Pending)*
Dawn L. Davis, Esq.
**SNELL & WILMER, LLP**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Email:  tfowler@swlaw.com
        ddavis@swlaw.com
*Attorney for Defendant,*
*PARKER-HANNIFIN CORPORATION*

18

19

20

21

22

23

David J. Mortensen, Esq.
Jessica Gandy, Esq.
**MESSNER REEVES LLP**
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Email:  dmortensen@messner.com
        jgandy@messner.com
*Attorneys for Defendant,*
*ROGERS CORPORATION*

Michael E. Stoberski, Esq.
Paterno C. Jurani, Esq.
**OLSON CANNON GORMLEY &**
**STOBERSKI**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Email:  mstoberski@ocgas.com
        pjurani@ocgas.com
*Attorneys for Defendant/Cross-Defendant,*
*HARCOSEMCO LLC*

24

25

26

27

28

Gordon & Rees Scully Mansukhani, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

)

Ingrid A. Myers, Esq.
**KING & SPALDING LLP**
1100 Louisiana Street, Suite 4100
Houston, Texas 77002
Email: IMyers@kslaw.com
***Attorney for Defendant,***
***WYETH HOLDINGS LLC f/k/a***
***AMERICAN CYANAMID COMPANY***

Nicholas M. Wieczorek, Esq.
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Email: nwieczorek@clarkhill.com

Gerald P. Schneeweis, Esq.
*(Admitted Pro Hac Vice)*
Kyle A. Fellenz, Esq.
*(Admitted Pro Hac Vice)*
**CLARK HILL LLP**
One American Plaza, 600
West Broadway, Suite 500
San Diego, California 92101
Email: gschneeweis@clarkhill.com
            kfellenz@clarkhill.com
***Attorneys for Defendant,***
***TELEFLEX INCORPORATED***


/s/ Andrea Montero
An Employee of GORDON REES SCULLY
MANSUKHANI, LLP

Gordon & Rees Scully Mansukhani, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

)                                                         Page 7

1  ROBERT E. SCHUMACHER, ESQ.
   Nevada Bar No. 7504
2  JAMES E. CAVANAUGH, ESQ.
   Nevada Bar No. 6929
3  **GORDON REES SCULLY MANSUKHANI LLP**
4  300 South 4th Street, Suite 1550
   Las Vegas, Nevada 89101
5  Direct Lines:  (702) 577-9319/9340
   Telephone:  (702) 577-9300
6  Facsimile:  (702) 255-2858
7  Email:  rschumacher@grsm.com
                jecavanaugh@grsm.com
8
9  JAMES A. LOWERY, ESQ.
   Texas Bar No. 797911, Admitted Pro Hac Vice
10 **GORDON REES SCULLY MANSUKHANI LLP**
   2200 Ross Avenue, Suite 3700
11 Dallas, TX 75201
   Direct Line: (214) 231-4717
12 Email:  jlowery@grsm.com
13 *Attorneys for Defendant,*
   *OLD ORCHARD INDUSTRIAL CORP*
14
15                **UNITED STATES DISTRICT COURT**
16                     **DISTRICT OF NEVADA**
17 JORDAN J. POTTER,                        ) Case No.:  2:20-cv-00276-RFB-VCF
                                            )
18             Plaintiff,                   )
                                            )
19       vs.                                ) **[PROPOSED] ORDER GRANTING**
                                            ) **DISMISSAL WITH PREJUDICE OF**
20                                          ) **DEFENDANT OLD ORCHARD**
   ARROWHEAD PRODUCTS, individually and as  ) **INDUSTRIAL CORP**
21 successor in interest to Arrowhead Rubber )
   Company; CRANE CO.; DCO, LLC; EATON      )
22 AEROQUIP, LLC; OLD ORCHARD               )
   CORPORATION; GENERAL ELECTRIC           )
23 COMPANY; GOODRICH CORPORATION f/k/a      )
   The BF Goodrich Company; HARSEMCO LLC    )
24 f/k/a Harco LLC; HENKEL CORPORATION as   )
   successor in interest to Loctite Corporation and )
25 Dexter Hysol; HEXCEL CORPORATION f/k/a   )
   Heath Tecna f/k/a Ciba-Geigy; HONEYWELL  )
26 INTERNATIONAL, INC., Individually and as )
   successor to Allied Signal, Inc. and The Bendix )
27                                          )
28

)                              Page 1

*Gordon & Rees Scully Mansukhani, LLP*
*300 South Fourth Street, Suite 1550*
*Las Vegas, NV 89101*

Corporation; IMO INDUSTRIES, INC.; IMO )
INDUSTRIES, INC., Individually and as )
Successor in interest to Adel Fasteners; )
INDUSTRIAL MANUFACTURING COMPANY, )
as successor in interest to Arrowhead Products and )
Arrowhead Rubber Company; NORTHROP )
GRUMMAN CORPORATION; OLD ORCHARD )
INDUSTRIAL CORP.; PARKER-HANNIFIN )
CORPORATION, individually and as successor in )
interest to Cleveland Wheel & Brake and Statoflex )
Products; ROGERS CORPORATION; TELEFLEX )
INCORPORATED; TIGHITCO INC., as successor )
in interest to H.I. Thompson Company and HITCO; )
TITEFLEX COMMERCIAL INC; RAYTHEON )
TECHNOLOGIES f/k/a United Technologies )
Corporation; WYETH HOLDINGS LLC f/k/a )
WYETH HOLDINGS LLC f/k/a Wyeth Holdings )
Corp. f/k/a American Cyanamic Corporation; DOES )
1 through 10, inclusive; and ROE CORPORATIONS )
1 through 50 inclusive, )
                                                         )
                     Defendants.                         )
                                                         )
_____ )
                                                         )
AND ALL RELATED CROSS-ACTIONS.           )
                                                         )
_____ )

///

///

///

///

///

///

///

///

///

///

///

///

Gordon & Rees Scully Mansukhani, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE
OF DEFENDANT OLD ORCHARD INDUSTRIAL CORP**

PURSUANT TO STIPULATION, IT IS SO ORERED that the above-entitled action by Plaintiff JORDAN J. POTTER is Dismissed With Prejudice as to Defendant OLD ORCHARD INDUSTRIAL CORP, pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own litigation expenses, including attorney's fees and costs incurred in this action.

**ORDER**

**IT IS SO ORDERED**



**RICHARD F. BOULWARE, II
United States District Court**

DATED this 1st day of December, 2021.

_Gordon & Rees Scully Mansukhani, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101_

)                                                    Page 3