Troy D. McMahan
California Bar No. 148694
*Admitted Pursuant to L.R. IA 11-2*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Phone: + 415 318 1200
Fax:    + 415 318 1300
*TMcMahan@kslaw.com*

Peter A. Strotz
California Bar No. 129904
Stephanie A. Le
California Bar No. 325428
*Admitted Pursuant to L.R. IA 11-2*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Phone: + 213 443 4355
Fax:    + 213 443 4310
*SLe@kslaw.com*
*PStrotz@kslaw.com*

Robert J. Caldwell
Nevada Bar No. 7637
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145
Phone: + 702 910-3329
Fax:    + 702 553-3467
*RCaldwell@wileypetersenlaw.com*

Attorneys Specially Appearing for Defendant
WYETH HOLDINGS LLC f/k/a
AMERICAN CYANAMID COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER<br><br>    Plaintiff,<br><br>    v.<br><br>CRANE CO., et al.<br><br>    Defendants. | Case No. 2:20-cv-00276-RFB-VCF<br><br>**REQUEST FOR STIPULATED STAY AS TO WYETH HOLDINGS LLC, INCLUDING ITS PENDING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION MADE PURSUANT TO FRCP 12(b)(2)** |

- 1 -

1   Specially Appearing Defendant Wyeth Holdings LLC f/k/a American Cyanamid
2   Company ("Wyeth"), hereby informs the Court that on December 8, 2021 it entered into a
3   settlement agreement with Plaintiff, which resolves all of Plaintiff's claims against Wyeth.
4   Wyeth respectfully requests that the Court stay the case as to Wyeth, including its
5   pending Motion to Dismiss for Lack of Personal Jurisdiction made pursuant to FRCP 12(b)(2)
6   ("Motion to Dismiss") to permit Wyeth and Plaintiff time to finalize the settlement.  "A district
7   court has discretionary power to stay proceedings in its own court." *Lockyear v. Mirant Corp.*,
8   398 F.3d 1098, 1109 (9th Cir. 2005).  A stay will promote judicial economy by relieving the
9   court of its obligation to further consider and rule on Wyeth's pending Motion to Dismiss.  The
10  stay also will prevent the unnecessary time and expense Wyeth otherwise would incur continuing
11  to conduct expert discovery and prepare this case for trial when a settlement has been reached.
12  Wyeth and counsel for plaintiff have reached such settlements in the past and they do not expect
13  any issues to arise.

Dated: December 10, 2021

Respectfully submitted,

**KING & SPALDING**

By:  */s/ Troy D. McMahan*
Troy D. McMahan (California Bar No. 148694)
Admitted Pursuant to L.R. IA 11-2
50 California Street, Suite 3300
San Francisco, CA 94111
Phone:   + 415 318 1200
Fax:   + 415 318 1300
TMcMahan@kslaw.com

Peter A. Strotz (California Bar No. 129904)
Stephanie A. Le (California Bar No. 325428)
Admitted Pursuant to L.R. IA 11-2
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Phone: + 213 443 4355
Fax:   + 213 443 4310
SLe@kslaw.com
PStrotz@kslaw.com

|   |   |   |
|---|---|---|
| 1 |   | **WILEY PETERSEN** |
|   |   | Robert J. Caldwell (Nevada Bar No. 7637) |
| 2 |   | 1050 Indigo Dr., Suite 200B |
| 3 |   | Las Vegas, NV 89145 |
|   |   | Phone: + 702 910-3329 |
| 4 |   | Fax:    + 702 553-3467 |
|   |   | RCaldwell@wileypetersenlaw.com |
| 5 |   |   |
| 6 |   | Attorneys Specially Appearing for Defendant |
| 7 |   | WYETH HOLDINGS LLC f/k/a AMERICAN CYANAMID |
| 8 |   | COMPANY |
| 9 |   |   |
| 10 |   | **MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC** |
| 11 | Dated: December 10, 2021 |   |
| 12 |   |   |
|   |   | By: _/s/Lorrette Fisher_         . |
| 13 |   | T. Barton French, Jr. |
|   |   | Nevada Bar No. 5641 |
| 14 |   | Jackalyn A.O. Rochelle, Esq. |
|   |   | Admitted *Pro Hac Vice* |
| 15 |   | Lorrette Fisher, Esq. |
| 16 |   | Admitted *Pro Hac Vice* |
|   |   | 1015 Locust Street, Suite 1200 |
| 17 |   | St. Louis, MO 63101 |
|   |   | jrochelle@mrhfmlaw.com |
| 18 |   | lfisher@mrhfmlaw.com |
|   |   | Phone:  (800) 358-5922 |
| 19 |   | Fax: (314) 241-4838 |
| 20 |   |   |
|   |   | Attorneys for Plaintiff |
| 21 |   | JORDAN POTTER |
| 22 |   |   |
| 23 | **IT IS SO ORDERED.** |   |
| 24 |   |   |
| 25 | Dated: |   |
| 26 |   | _____ |
| 27 |   | RICHARD F. BOULWARE, II |
|   |   | United States District Judge |
| 28 |   |   |

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be electronically served on counsel of record on the current service list this 10th day of December, 2021 via e-mail.

                                        *s/ Troy D. McMahan*
                                        TROY D. MCMAHAN

**TITEFLEX COMMERICAL, INC.**
EVANS FEARS & SCHUTTERT LLP
Jay J. Schuttert
Alexandria L. Layton
Hayley E. Miller
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
jschuttert@efstriallaw.com
alayton@efstriallaw.com
hmiller@efstriallaw.com

MANNING GROSS + MASSENBURG LLC
Jonathan Tabasky
125 High Street
Boston, Massachusetts 02110
Phone: (617) 670-8800
Jtabasky@mgmlaw.com

**TELEFLEX INCORPORATED**
CLARK HILL PLC
Gerald Schneeweis
Kyle Fellenz
One American Plaza, 600
West Broadway, Suite 500
San Diego, CA 92101
619-557-0404
Nicholas M. Wieczorek
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
702-862-8300
Fax: 702-862-8400

EVANS FEARS & SCHUTTERT LLP
Jay Joseph Schuttert
6720 Via Austi Parkway

| | |
|---|---|
| 1 | Suite 300 |
| | Las Vegas, NV 89119 |
| 2 | 702-805-0290 |
| | Fax: 702-805-0291 |
| 3 | jschuttert@efstriallaw.com |
| | gschneeweis@clarkhill.com |
| 4 | kfellenz@clarkhill.com |
| | nwieczorek@clarkhill.com |
| 5 | |

**ROGERS CORPORATION**
MESSNER REEVES LLP
David J. Mortenson
Jessica Gandy
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
dmortensen@messner.com
Jgandy@messner.com

**PARKER-HANNIFIN CORPORATION**
SNELL & WILMER L.L.P.
Tracy H. Fowler
Dawn L. Davis
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5275
Facsimile: (702) 784-5252
tfowler@swlaw.com
ddavis@swlaw.com

**OLD ORCHARD INDUSTRIAL CORP**
GORDON REES SCULLY MANSUKHANI, LLP
Robert E. Schumacher
James E. Cavanaugh
Michael Ramirez
James Lowery
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Direct Lines: (702) 577-9319/9340
Telephone: (702) 577-9300
Facsimile: (702) 255-2858

Erik DiMarco
1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
rschumacher@grsm.com
jecavanaugh@grsm.com

```
 1  mramirez@grsm.com
    jlowery@grsm.com
 2  awilson@grsm.com
    edimarco@grsm.com
 3
    **NORTHROP GRUMMAN SYSTEMS CORPORATION**
 4  EVANS FEARS & SCHUTTER LLP
    Jay J. Schuttert
 5  Alexandria L. Layton
    6720 Via Austi Parkway, Suite 300
 6  Las Vegas, Nevada 89119
    (702) 805-0216
 7
 8  TUCKER ELLIS LLP
    Daniel J. Kelly
 9  201 Mission Street, Suite 2310
    San Francisco, CA 94105
10  (415) 617-2203 tel.
    (415) 617-2409 fax
11
    jschuttert@efstriallaw.com
12  alayton@efstriallaw.com
    daniel.kelly@tuckerellis.com
13
14  **INDUSTRIAL MANUFACTURING**
    HOLLAND & HART LLP
15  Lars K. Evensen
    Joseph G. Went
16  9555 Hillwood Drive, 2nd Floor
    Las Vegas, Nevada 89134
17  Phone: 702.669.4600
    Fax: 702.669.4650
18
19  BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
    Eric Larson Zalud
20  Nora K. Cook
    200 Public Square, Suite 2300
21  Cleveland, Ohio 44114-2378
    Telephone: 216.363-4500
22  Facsimile: 216.363-4588
23
    Joseph R. Blalock
24  4100 South High Street, Suite 2600
    Columbus, Ohio 43215-6164
25  Telephone: 614.223-9300
    Facsimile: 614.223-9330
26
    lkevensen@hollandhart.com
27  jgwent@hollandhart.com
    ezalud@beneschlaw.com
28  jblalock@beneschlaw.com
```

- 6 -

ncook@beneschlaw.com

**HEXCEL CORPORATION**
Michelle D. Alarie
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-8995

Gregory Iken
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065

Spencer Wein, Esq.
REED SMITH LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
212-521-5400
Fax: 212-521-5450

Scott Kossoudji
GLAZIER YEE LLP
707 Wilshire Boulevard, Suite 2025
Los Angeles, CA 90017
Telephone: (213) 312-9200
malarie@atllp.com
giken@atllp.com
kossoudji@glazieryee.com
swein@reedsmith.com

**HENKEL US OPERATIONS CORPORATION, incorrectly named as Henkel Corporation as successor-in-interest to Locite Corporation**
LEWIS BRISBOIS BISGAARD & SMITH LLP
Darrell D. Dennis, Esq.
Steven B. Abbott, Esq.
Michael R. Smith, Esq.
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Darrell.Dennis@lewisbrisbois.com
Steven.Abbott@lewisbrisbois.com
Michael.r.Smith@lewisbrisbois.com

LEWIS BRISBOIS BISGAARD & SMITH LLP
Kari H. Halbrook
50 E. 91st Street
Indianapolis, Indiana 46240
Telephone: (317) 324-4754
Kari.Halbrook@lewisbrisbois.com

**HARCOSEMCO LLC**
OLSON CANNON GORMLEY & STOBERSKI
Michael E. Stoberski
Paterno C. Jurani
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mstoberski@ocgas.com
pjurani@ocgas.com

**GENERAL ELECTRIC COMPANY**
J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-820
cjorgensen@lrrc.com

**GENERAL DYNAMICS CORPORATION**
GORDON REES SCULLY MANSUKHANI, LLP
Robert E. Schumacher
James E. Cavanaugh
Michael Ramirez
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Direct Lines: (702) 577-9319/9340
Telephone: (702) 577-9300
Facsimile: (702) 255-2858

Erik DiMarco, Esq.
Aleksandra Szaina, Esq.
1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
edimarcoaszajna@grsm.com
aszajna@grsm.com
rschumacher@grsm.com
jecavanaugh@grsm.com
mramirez@grsm.com

**EATON AEROQUIP, LLC**
Michael M. Edwards
Ryan Loosvelt
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
702 363 5100 tel
702 363 5101 fax

David P. Strup
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604
(419) 321-1306
medwards@messner.com
rloosvelt@messner.com
dstrup@shumaker.com

**DEXTER HYSOL AEROSPACE, LLC**
LEWIS BRISBOIS BISGAARD & SMITH LLP
Darrell D. Dennis, Esq.
Steven B. Abbott, Esq.
Michael R. Smith, Esq.
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

LEWIS BRISBOIS BISGAARD & SMITH LLP
Kari H. Halbrook
50 E. 91st Street
Indianapolis, Indiana 46240
Telephone: (317) 324-4754
Kari.Halbrook@lewisbrisbois.com
Darrell.Dennis@lewisbrisbois.com
Steven.Abbott@lewisbrisbois.com
Michael.r.Smith@lewisbrisbois.com

**CRANE CO.**
BACKUS, CARRANZA & BURDEN
Edgar Carranza, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555 tel.
(702) 872-5545 fax
ecarranza@backuslaw.com
JacquelynFranco@backuslaw.com

**ARROWHEAD PRODUCTS**
HOLLAND & HART LLP
Lars K. Evensen
Joseph G. Went
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: 702.669.4600
Fax: 702.669.4650

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Eric Larson Zalud
Nora K. Cook
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363-4500
Facsimile: 216.363-4588

Joseph R. Blalock
4100 South High Street, Suite 2600
Columbus, Ohio 43215-6164
Telephone: 614.223-9300
Facsimile: 614.223-9330
lkevensen@hollandhart.com
jgwent@hollandhart.com
ezalud@beneschlaw.com
jblalock@beneschlaw.com
ncook@beneschlaw.com

**PLAINTIFF JORDAN J. POTTER**
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
Jackalyn A. Rochelle
Lorette Fisher, Esq.
1015 Locust Street, Suite 1200
St. Louis, MO 63101
Telephone: (314) 241-2003

Lawrence E. Mittin, Esq.
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV 89101
jrochelle@mrhfmlaw.com
lmittin@cpklaw.com
shanks@cpklaw.com
LFisher@mrhfmlaw.com

| | |
|---|---|
| 1 | jrochelle@mrhfmlaw.com |
|   | lmittin@cpklaw.com |
| 2 | shanks@cpklaw.com |
|   | LFisher@mrhfmlaw.com |
| 3 | lkevensen@hollandhart.com |
|   | jgwent@hollandhart.com |
| 4 | ezalud@beneschlaw.com |
|   | jblalock@beneschlaw.com |
| 5 | ncook@beneschlaw.com |
| 6 | ecarranza@backuslaw.com |
|   | JacquelynFranco@backuslaw.com |
| 7 | Kari.Halbrook@lewisbrisbois.com |
|   | Darrell.Dennis@lewisbrisbois.com |
| 8 | Steven.Abbott@lewisbrisbois.com |
| 9 | Michael.r.Smith@lewisbrisbois.com |
|   | medwards@messner.com |
| 10 | rloosvelt@messner.com |
|    | dstrup@shumaker.com |
| 11 | edimarcoaszajna@grsm.com |
|    | aszajna@grsm.com |
| 12 | rschumacher@grsm.com |
| 13 | jecavanaugh@grsm.com |
|    | mramirez@grsm.com |
| 14 | cjorgensen@lrrc.com |
|    | mstoberski@ocgas.com |
| 15 | pjurani@ocgas.com |
|    | malarie@atllp.com |
| 16 | giken@atllp.com |
| 17 | kossoudji@glazieryee.com |
|    | swein@reedsmith.com |
| 18 | jschuttert@efstriallaw.com |
|    | alayton@efstriallaw.co |
| 19 | daniel.kelly@tuckerellis.com |
|    | jlowery@grsm.com |
| 20 | awilson@grsm.com |
| 21 | edimarco@grsm.com |
|    | tfowler@swlaw.com |
| 22 | ddavis@swlaw.com |
|    | dmortensen@messner.com |
| 23 | Jgandy@messner.com |
|    | gschneeweis@clarkhill.com |
| 24 | kfellenz@clarkhill.com |
| 25 | nwieczorek@clarkhill.com |
|    | Jtabasky@mgmlaw.com |
| 26 | hmiller@efstriallaw.com |
|    | RCaldwell@wileypetersenlaw.com |
| 27 | SLe@kslaw.com |
| 28 | |