DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 2547
JESSICA GANDY, ESQ.
Nevada Bar No. 14202
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: dmortensen@messner.com
             jgandy@messner.com
*Attorneys for Defendant
       Rogers Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER,<br><br>            Plaintiff,<br><br>vs.<br><br>ARROWHEAD PRODUCTS, Individually and as successor in interest to Arrowhead Rubber Company;<br>CRANE CO.; DCO, LLC;<br>EATON AEROQUIP, LLC;<br>GENERAL DYNAMICS CORPORATION;<br>GENERAL ELECTRIC COMPANY;<br>GOODRICH CORPORATION fka The BF Goodrich Company;<br>HARCOSEMCO LLC fka HARCO LLC;<br>HENKEL CORPORATION as successor-in-interest to Loctite Corporation and Dexter Hysol; HEXCEL CORPORATION, fka, Heath Tecna fka Ciba-Geigy;<br>HONEYWELL INTERNATIONAL, INC., Individually and as successor to Alliedsignal, Inc. and The Bendix Corporation; IMO INDUSTRIES, INC.;<br>IMO INDUSTRIES, INC., Individually and as successor in interest to Adel Fasteners;<br>INDUSTRIAL MANUFACTURING COMPANY, as successor in interest to | Case No.  2:20-CV-00276-RFB-VCF<br><br><br>**DEFENDANT ROGERS CORPORATION'S MOTION TO BE REMOVED FROM SERVICE LIST** |

Arrowhead Products and Arrowhead Rubber Company;
NORTHROP GRUMMAN CORPORATION;
OLD ORCHARD INDUSTRIAL CORP.;
PARKER-HANNIFIN CORPORATION, Individually and as successor-in-interest to Cleveland Wheel & Brake and Stratoflex Productions;
ROGERS CORPORATION;
TELEFLEX INCORPORATED;
TIGHITCO INC. as successor-in-interest to H.I. Thompson Company and HITCO;
TITEFLEX COMMERCIAL INC;
RAYTHEON TECHNOLOGIES CORPORATION fka United Technologies Corporation;
WYETH HOLDINGS LLC; wyeth Holdings Corp. fka American Cyanamid Corporation;
DOES 1 through 10, inclusive and ROE CORPORATIONS 1 through 50, inclusive,

Defendants.

COMES NOW Defendant Rogers Corporation by and through its counsel, David J. Mortensen, Esq. and Jessica R. Gandy, Esq. of Messner Reeves LLP, hereby moves this Court for an Order removing Rogers Corporation from the electronic service and mailing lists for the above-captioned case. Defendant Rogers Corporation entered a Stipulation and Order to Dismiss [DOC 397] on November 17, 2021.

DATED this 20th day of January, 2022.

MESSNER REEVES LLP
/s/ Jessica Gandy
DAVID J. MORTENSEN, ESQ. (NBN 2547)
JESSICA GANDY, ESQ. (NBN 14202)
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant Rogers Corporation*

**IT IS SO ORDERED.**

DATED this 27th day of January 2022.

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of January, 2022, I served a true and correct copy of the foregoing **DEFENDANT ROGERS CORPORATION'S MOTION TO BE REMOVED FROM SERVICE LIST** addressed to the following counsel of record at the following address(es) via electronic mail:

**Plaintiff Jordan Potter**
　　MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
　　1015 Locust Street, Suite 1200, St. Louis, MO 63101
　　　　Jackalyn Olinger Rochelle jrochelle@mrhfmlw.com (Pro Hac Vice)
　　　　Lorrette Fisher lfisher@mrhfmlaw.com (Pro Hac Vice)
　　　　Kelly Pool kpool@mrhfmlaw.com (Paralegal)
　　CRAIG P. KENNY & ASSOCIATES
　　501 S. 8th Street, Las Vegas, NV 89101
　　　　Lawrence Mittin lmittin@cpklaw.com (NV Counsel)
　　　　Stephanie Hanks shanks@cpklaw.com (Paralegal)

**Defendant Old Orchard Industrial Corp**
　　GORDON REES SCULLY MANSUKHANI
　　300 South 4th Street, Suite 1550, Las Vegas, Nevada 89101
　　　　James Cavanaugh jecavanaugh@grsm.com (Senior Counsel)
　　　　James Lowery jlowery@grsm.com (Partner)
　　　　Theodore Yarbrough tyarbrough@grsm.com (Associate)
　　　　Andrea Montero amontero@grsm.com

**Defendant General Dynamics Corporation**
　　GORDON REES SCULLY MANSUKHANI
　　1 Battery Park Plaza, 28th Floor, New York, New York 10004
　　300 South 4th Street, Suite 1550, Las Vegas, Nevada 89101
　　　　James Cavanaugh jecavanaugh@grsm.com (Senior Counsel)
　　　　Erik DiMarco edimarco@grsm.com (Pro Hac Vice)
　　　　Michael Ramirez mramirez@grsm.com (Pro Hac Vice)
　　　　Aleksandra Szajna aszajna@grsm.com (Associate)
　　　　Ashley Wilson awilson@grsm.com
　　　　Andrea Montero amontero@grsm.com
　　　　Jessica Huot jhuot@grsm.com

**Defendant Dexter Hysol Aerospace and Henkel US Operations Corp**
　　LEWIS BRISBOIS BISGAARD & SMITH LLP
　　6385 South Rainbow Blvd., Suite 600, Las Vegas, Nevada 89118
　　　　Steven Abbott steven.abbott@lewisbrisbois.com (Partner)
　　　　Kari Halbrook kari.halbrook@lewisbrisbois.com (Partner)

      Michael Smith michael.r.smith@lewisbrisbois.com (Associate)
      Amanda Doell amanda.doell@lewisbrisbois.com (Paralegal)
      Cynthia Halas cynthia.halas@lewisbrisbois.com (Legal Assistant)

**Defendant Arrowhead Products and Industrial Manufacturing Company**
  BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
  200 Public Square, Suite 2300 Cleveland, Ohio 44114-2378
  4100 South High Street, Suite 2600, Columbus, Ohio 43215-6164
      Eric Zalud ezalud@beneschlaw.com (Pro Hac Vice)
      Joe Blalock JBlalock@beneschlaw.com (Pro Hac Vice)
      Nora Cook ncook@beneschlaw.com (Associate)
  HOLLAND & HART LLP
  9555 Hillwood Drive, 2nd Floor, Las Vegas, Nevada 89134
      Lars Evensen lkevensen@hollandhart.com (NV Counsel)
      Joseph Went jgwent@hollandhart.com (NV Counsel)

**Defendants Titeflex Commercial, Inc. and Northrop Grumman Systems Corporation (NGSC)**
  EVANS FEARS & SCHUTTERT LLP
  6720 Via Austi Parkway, Suite 300, Las Vegas, Nevada 89119
      Alexandria Layton alayton@efstriallaw.com (Associate)
      Jay Schuttert jschuttert@efstriallaw.com (Partner)
  MG+M THE LAW FIRM (Titeflex Commercial, Inc., only)
  125 High Street Boston, MA 02110
      Jonathan Tabasky jtabasky@mgmlaw.com (Pro Hac Vice)

**Defendant HarcoSemco**
  OLSON CANNON GORMLEY & STOBERSKI
  9950 West Cheyenne Avenue, Las Vegas, Nevada 89129
      Paterno Jurani pjurani@ocgas.com (Associate)
      Michael Stoberski mstoberski@ocgas.com (Associate)
      Deborah Lien dlien@ocgas.com (Paralegal)
      Cindie McCulloch cmcculloch@ocgas.com (Legal Assistant)

**Defendant Eaton Aeorquip, LLC**
  MESSNER REEVES LLP
  8945 West Russell Road, Suite 300, Las Vegas, Nevada 89148
      Michael Edwards medwards@messner.com (NV Counsel)
      Derek Noack dnoack@messner.com (NV Counsel)
      Laurie Moreno lmoreno@messner.com (Legal Assistant)
      Lisa Thayer lthayer@messner.com (Legal Assistant)
  SHUMAKER, LOOP & KENDRICK, LLP
  1000 Jackson Street, Toledo OH 43604
      David Strup dstrup@shumaker.com (Pro Hac Vice)

**Defendant Hexcel Corporation**
  ARMSTRONG TEASDALE LLP
  3770 Howard Hughes Parkway, Suite 200, Las Vegas, Nevada 89169

        Michelle Alarie malarie@atllp.com (NV Counsel)
        Gregory Iken giken@atllp.com (NV Counsel)
        Christie Rehfeld crehfeld@atllp.com (Legal Assistant)
GLAZIER YEE LLP
707 Wilshire Boulevard, Suite 2025, Los Angeles, California 90017
        Scott Kossoudji kossoudji@glazieryee.com (Pro Hac Vice)

**Defendant Wyeth Holdings LLC**
KING & SPALDING LLP
50 California Street, Suite 3300, San Francisco, CA 94111
633 West Fifth Street, Suite 1600, Los Angeles, CA 90071
        Troy D. McMahan TMcMahan@kslaw.com (Pro Hac Vice)
        Stephanie Le SLe@kslaw.com (Pro Hac Vice)
WILEY PETERSEN
        Robert Caldwell RCaldwell@wileypetersenlaw.com (NV Counsel)
        1050 Indigo Dr., Suite 200B, Las Vegas, NV 89145

**Defendant Crane Co.**
BACKUS, CARRANZA & BURDEN
3050 S. Durango Drive, Las Vegas, NV 89117
        Edgar Carranza ecarranza@backuslaw.com (Associate)
        Jacquelyn Franco jacquelynfranco@backuslaw.com (Associate)

**Defendant Parker-Hannifin Corporation**
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169
        Tracy Fowler tfowler@swlaw.com (Pro Hac Vice)
        Dawn Davis ddavis@swlaw.com (NV Counsel)
        Lyndsey Luxford lluxford@swlaw.com (Legal Assistant)

**Defendant Teleflex Incorporated**
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169
West Broadway, Suite 500, San Diego, California 92101
        Nicholas Wieczorek nwieczorek@clarkhill.com (NV Counsel)
        Gerald Schneewise gschneeweis@clarkhill.com (Pro Hac Vice)
        Kyle Fellenz kfellenz@clarkhill.com (Pro Hac Vice)

**Defendant General Electric**
LEWIS ROCA ROTHERGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600 Las Vegas, NV 89169-5996
        J. Christopher Jorgensen cjorgensen@lrrc.com (Associate)

                                   */s/ Tya Frabott*
                                An Employee of Messner Reeves LLP