MICHAEL M. EDWARDS. ESQ.
Nevada Bar No. 6281
DEREK R. NOACK, ESQ.
Nevada Bar No. 15074
**MESSNER REEVES LLP**
8945 West Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-Mail:       medwards@messner.com
*Attorneys for Defendants*
*EATON AEROQUIP, LLC*

DAVID P. STRUP *(Admitted by Pro Hac)*
Ohio Bar No. 0034665
**SHUMAKER, LOOP & KENDRICK, LLP**
1000 Jackson Street
Toledo OH 43604
Telephone:    (419) 321-1306
E-Mail:       dstrup@shumaker.com
*Attorneys for Defendant*
*EATON AEROQUIP, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN POTTER, <br><br>          Plaintiff, <br><br>     v. <br><br> ARROWHEAD PRODUCTS, individually and as successor in interest to Arrowhead Rubber Company; <br> CRANE CO.; <br> DCO, LLC; <br> EATON AEROQUIP, LLC; <br> GENERAL DYNAMICS CORPORATION; <br> GENERAL ELECTRIC COMPANY; <br> GOODRICH CORPORATION f/k/a The BF Goodrich Company; <br> HARCOSEMCO LLC f/k/a Harco LLC; | Case No.:  2:20-cv-00276-RFB-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO EATON AEROQUIP, LLC** |

HENKEL CORPORATION as successor-in-interest to Loctite Corporation and Dexter Hysol;
HEXCEL CORPORATION, f/k/a Heath Tecna f/k/a Ciba-Geigy;
HONEYWELL INTERNATIONAL, INC., Individually and as successor to Alliedsignal, Inc. and The Bendix Corporation;
IMO INDUSTRIES, INC.;
IMO INDUSTRIES, INC., Individually and as successor in interest to Adel Fasteners;
INDUSTRIAL MANUFACTURING COMPANY, as successor in interest to Arrowhead Products and Arrowhead Rubber Company;
NORTHROP GRUMMAN CORPORATION;
OLD ORCHARD INDUSTRIAL CORP.;
PARKER-HANNIFIN CORPORATION, individually and as successor-in-interest to Cleveland Wheel & Brake and Stratoflex Products;
ROGERS CORPORATION;
TELEFLEX INCORPORATED;
TIGHITCO INC. as successor-in-interest to H.I. Thompson Company and HITCO;
TITEFLEX COMMERCIAL INC;
RAYTHEON TECHNOLOGIES CORPORATION f/k/a United Technologies Corporation;
WYETH HOLDINGS LLC f/k/a Wyeth Holdings Corp. f/k/a American Cyanamid Corporation;
DOES 1 through 10, inclusive; and
ROE CORPORATIONS 1 through 50, inclusive,

           Defendants.

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO EATON AEROQUIP, LLC**

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, EATON AEROQUIP, LLC, and Plaintiff, JORDAN POTTER, by and through their respective undersigned counsel of record that the above-captioned and numbered matter has been amicably and finally settled between them, and the entire action may be dismissed *without prejudice* as to Plaintiff

*Jordan Potter v Eaton Aeroquip, LLC*
Case No. 2:20-cv-00276-RFB-VCF
*Stipulation and Order for Dismissal of Defendant Eaton Aeroquip, LLC*

JORDAN POTTER's claims against Eaton Aeroquip, LLC. Each party to bear their own costs and attorney's fees.

DATED this 26th day of January, 2022.

| | |
|---|---|
| **MESSNER REEVES, LLP** | **CRAIG P. KENNY & ASSOCIATES** |
| */s/ Michael M. Edwards* | */s/ Lawrence E. Mittin* |
| MICHAEL M. EDWARDS | Lawrence E. Mittin |
| Nevada Bar No. 6281 | Nevada Bar No. 005428 |
| DEREK R, NOACK | 501 S. 8th Street |
| Nevada Bar No. 15074 | Las Vegas, NV 89101 |
| 8945 West Russell Road, Suite 300 | *Attorney for Plaintiff Jordan Potter* |
| Las Vegas, Nevada 89148 | |
| *Attorneys for Defendant* | |
| *Eaton Aeroquip, LLC* | |
| | |
| **SHUMAKER, LOOP & KENDRICK, LLP** | **MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC** |
| */s/David P. Strup* | */s/ Jackalyn O. Rochelle* |
| DAVID P. STRUP | T. Barton French, Jr. |
| *Admitted Pro Hac Vice* | Nevada Bar No. 5641 |
| 1000 Jackson Street | Jackalyn A.O. Rochelle, Esq. |
| Toledo OH 43604 | *Admitted Pro Hac Vice* |
| *Attorney for Defendant* | Lorrette Fisher, Esq. |
| *Eaton Aeroquip, LLC* | *Admitted Pro Hac Vice* |
| | 1015 Locust Street, Suite 1200 |
| | St. Louis, MO 63101 |
| | *Attorneys for Plaintiff Jordan Potter* |

**ORDER**

IT IS SO ORDERED.

RICHARD E. BOULWARE, II
United States District Court

DATED this 31st day of January, 2022.

# CERTIFICATE OF SERVICE

I certify that I am an employee of Messner Reeves LLP and that on this 26th day of January, 2022, I served a true and correct copy of the foregoing STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO EATON AEROQUIP, LLC to all parties on file with the CM/ECF:

| | |
|---|---|
| Lawerence E. Mitten Esq.<br>CRAIG P. KENNY & ASSOCIATES<br>501 S. 8th Street<br>Las Vegas, NV 89101<br>lmitten@ckplaw.com<br>  and<br>Jackalyn A. Olinger., Esq.<br>Lorrette Fisher, Esq.<br>MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>1015 Locust Street, Suite 1200<br>St. Louis, MO 63101<br>jrochelle@mrhfmlaw.com<br>lfisher@mrhfmlaw.com<br>  *Attorney for Plaintiff* | Ronald L. Hellbusch, Esq.<br>LEWIS BRISBOIS BRISGAARD & SMITH, LLP<br>1700 Lincoln St, #4000<br>Denver, CO 80203<br>r.hellbusch@lewisbrisbois.com<br>  *Attorneys for Defendant*<br>  *DCO LLC*<br><br>Steven Abbott, Esq<br>Michael Smith, Esq.<br>LEWIS BRISBOIS BRISGAARD & SMITH, LLP<br>6385 S. Rainbow Blvd., #600<br>Las Vegas, NV 89118<br>michael.r.smith@lewisbrisbois.com<br>steven.abbott@lewisbrisbois.com<br>  *Attorneys for Defendant*<br>  *Dexter Hysol Aerospace, LLC* |
| Edgar Carranza, Esq<br>Jacquelyn Franco, Esq.<br>BACKUS, CARRANZA & BURDEN<br>3050 S. Durango Dr<br>Las Vegas, NV 89117<br>ecarranza@backuslaw.com<br>jaquelynfranco@backuslaw.com<br>  *Attorneys for Defendant*<br>  *Crane Co.* | Robert E. Schumacher, Esq.<br>James E. Cavanaugh, Esq.<br>Michael Ramirez, Esq.<br>James Lowery, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>300 S. 4th St., #1550<br>Las Vegas, NV 89101<br>edimarco@grsm.com<br>rschumacher@grsm.com |
| Erik DiMarco<br>1 Battery Park Plaza, 28th Floor<br>New York, NY 1004<br>(212) 269-5500<br>  *Attorney for Defendants,*<br>  *General Dynamic and Old Orchard Industrial* | jecavanaugh@grsm.com<br>mramirez@grsm.com<br>jlowery@grsm.com<br>  *Attorney for Defendants,*<br>  *General Dynamic and Old Orchard Industrial* |
| J. Christopher Jorgensen, Esq.<br>LEWIS ROCA ROTHGERBER CHRISTIE, LLP | Jay J. Schuttert, Esq.<br>Alexandria L. Layton, Esq. |

3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
cjorgensen@lccr.com
  *Attorney for Defendant*
  *General Electric Company*

Daniel J. Kelly, Esq.
TUCKER ELLIS, LLP
201 Mission Street, #2310
San Francisco, CA 94105
Daniel.kelly@tuckerellis.com
  *Attorney for Defendant*
  *Northrop Grumman Systems, Corp.*

Jack G. Angaran
LEWIS BRISBOIS
5555 Kietzke Ln, #200
Reno, NV 89511
Jack.angaran@lewisbrisbois.com
Jeffrey.koelemay@lewisbrisbois.com
  *Attorney for Defendant,*
  *Honeywell International, INC*

Lars K. Evensen
Joseph G. Went
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Email: lkevensen@hollandhart.com
       jgweny@hollandhart.com
  and
Eric Larson Zalud
Nora K. Cook
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Email: ezalud@beneschlaw.com
       ncook@beneschlaw.com
  *Attorneys for Defendant Arrowhead Products*
  *and Industrial Manufacturing*

EVANS FEARS & SCHUTTERT, LLP
2300 W. Sahara Ave, #950
Las Vegas, NV 89102
jschutter@efstriallaw.com
alayton@efstriallaw.com
  *Attorney for Defendants,*
  *Goodrich Corp., Northrop Grumman*
  *Systems Corp., Titeflex Commercial,*
  *and Raytheon Technologies Corp fka*
  *United Technologies Corp.*

Stephen C. Musilli, Esq.
VORYS, SATER, SEYMOUR AND PEASE, LLP
52 E. Gay Street
Columbus, OH 43215
scmusilli@vorys.com
  *Attorney for Defendant,*
  *Goodrich Corp.*

Michael E. Stoberski, Esq.
Paterno C. Jurani, Esq.
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
mstoberski@ocgas.com
pjurani@ocgas.com
  *Attorneys for Defendant*
  *Harcosemco, LLC*

Michelle D. Alarie, Esq.
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy., Suite 200
Las Vegas, Nevada 89169
malarie@atllp.com
  and
Gregory Iken, Esq.
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
giken@atllp.com
  and

/ / /

/ / /

| | |
|---|---|
| Tracy H. Fowler (*Pro Hac Vice*) <br> Dawn L. Davis, Esq. <br> SNELL & WILMER L.L.P. <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> tfowler@swlaw.com <br> ddavis@swlaw.com <br>   *Attorneys for Defendant Parker-Hannifin* <br>   *Corporation* <br><br> Gerald P. Schneeweis, Esq. <br> Kyle Fellenz, Esq. <br> CLARK HILL LLP <br> One America Plaza <br> 600 West Broadway, Suite 500 <br> San Diego, CA 92101 <br> gschneeweis@clarkhill.com <br>   and <br> Nicholas M. Wieczorek, Esq. <br> CLARK HILL LLP <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, NV 89169 <br> nwieczorek@clarkhill.com <br>   *Attorneys for Defendant, Teleflex Incorporated* | Scott A. Kossoudji, Esq. (LR IA 11-2 admitted) <br> GLAZIER YEE LLP <br> 707 Wilshire Boulevard, Suite 2025 <br> Los Angeles, California 90017 <br> kossoudji@glazieryee.com <br>   *Attorneys for Defendant/Cross-* <br>   *claimant Hexcel Corporation* <br><br> David Mortensen, Esq. <br> Candace Herling, Esq. <br> Jessica Gandy, Esq. <br> MESSNER REEVES LLP <br> 8945 West Russell Road, Suite 300 <br> Las Vegas, Nevada 89148 <br> dmrtensen@messner.com <br> cherling@messner.com <br> jgandy@messner.com <br>   *Attorneys for Defendant,* <br>   *Rogers Corporation* |

```
[ ]     Hand Delivery
[ ]     FACSIMILE TRANSMISSION
[ ]     U.S. MAIL, POSTAGE PREPAID
[X]     E-MAIL
[ ]     CM/ECF E-Filing Service System
```

                                                        */s/ Laurie Moreno*
                                                        An Employee of Messner Reeves LLP

# Laurie Moreno

| | |
|---|---|
| **From:** | Jackie Olinger Rochelle <jrochelle@mrhfmlaw.com> |
| **Sent:** | Tuesday, January 25, 2022 3:41 PM |
| **To:** | Derek Noack |
| **Cc:** | lmittin@cpklaw.com; Laurie Moreno; Michael Edwards; Strup, David P.; Mary Estrada; Lisa Thayer; Kelly Pool; Julia Lund |
| **Subject:** | Re: 11521.0001 - Potter - Draft Stipulation of Dismissal as to Eaton Aeroquip |
| **Attachments:** | image001.jpg; image002.png; image003.jpg; SAO - Stipulation and Order for Dismissal Without Prejudice as to Eaton Aeroquip LLC  - Potter (06048771xA9B4D).PDF |

You can affix our electronic signatures. Thank you

Jackie Olinger Rochelle
Attorney at Law
Maune Raichle Hartley
French & Mudd, LLC
jrochelle@mrhfmlaw.com
Office: 314.244.1397
Cell: 314.570.8840

> On Jan 25, 2022, at 12:47 PM, Derek Noack <DNoack@messner.com> wrote:
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Dear counsel:
>
> I am following up on the attached stipulation for dismissal of Eaton Aeroquip, LLC without prejudice.  Please confirm that we have your authorization to affix your e-signature and we will work to complete this and submit to the court.  Thanks again,
>
> **DEREK R. NOACK**
> Attorney
> **Messner Reeves LLP**
> **O:** 702.363.5100 **E:** dnoack@messner.com
> 8945 W. Russell Road, Suite 300, Las Vegas, NV 89148
>
> ---
>
> **From:** Laurie Moreno <LMoreno@messner.com>
> **Sent:** Tuesday, January 18, 2022 3:26 PM
> **To:** Derek Noack <DNoack@messner.com>; Jackie Olinger Rochelle <jrochelle@mrhfmlaw.com>; LMITTIN@CPKLAW.COM
> **Cc:** Michael Edwards <medwards@messner.com>; Strup, David P. <dstrup@shumaker.com>; Mary Estrada <MEstrada@messner.com>; Lisa Thayer <lthayer@messner.com>
> **Subject:** 11521.0001 - Potter - Draft Stipulation of Dismissal as to Eaton Aeroquip
>
> *Sent on behalf of Derek R. Noack,*

# Laurie Moreno

| | |
|---|---|
| **From:** | Lawrence Mittin <lmittin@cpklaw.com> |
| **Sent:** | Wednesday, January 26, 2022 7:53 AM |
| **To:** | Derek Noack; Jackie Olinger Rochelle |
| **Cc:** | Laurie Moreno; Michael Edwards; Strup, David P.; Mary Estrada; Lisa Thayer; Kelly Pool; Julia Lund |
| **Subject:** | RE: 11521.0001 - Potter - Draft Stipulation of Dismissal as to Eaton Aeroquip |

Yes, thanks

**From:** Derek Noack [mailto:DNoack@messner.com]
**Sent:** Tuesday, January 25, 2022 4:01 PM
**To:** Jackie Olinger Rochelle
**Cc:** Lawrence Mittin; Laurie Moreno; Michael Edwards; Strup, David P.; Mary Estrada; Lisa Thayer; Kelly Pool; Julia Lund
**Subject:** Re: 11521.0001 - Potter - Draft Stipulation of Dismissal as to Eaton Aeroquip

Thank you, Jackie. Lawrence, are you agreeable to us affixing your signature as well? Kindly confirm and we submit it.

-Derek Noack

**DEREK R. NOACK**

Attorney
**Messner Reeves LLP**

**O:** 702.363.5100 **E:** dnoack@messner.com

8945 W. Russell Road, Suite 300, Las Vegas, NV 89148


On Jan 25, 2022, at 3:41 PM, Jackie Olinger Rochelle <jrochelle@mrhfmlaw.com> wrote:

> You can affix our electronic signatures. Thank you
>
> Jackie Olinger Rochelle
> Attorney at Law
> Maune Raichle Hartley
> French & Mudd, LLC
> jrochelle@mrhfmlaw.com
> Office: 314.244.1397
> Cell: 314.570.8840
>
>
> On Jan 25, 2022, at 12:47 PM, Derek Noack <DNoack@messner.com> wrote:
>
>> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>>
>> Dear counsel:

1

I am following up on the attached stipulation for dismissal of Eaton Aeroquip, LLC without prejudice.  Please confirm that we have your authorization to affix your e-signature and we will work to complete this and submit to the court.  Thanks again,

**DEREK R. NOACK**
Attorney
**Messner Reeves LLP**
**O:** 702.363.5100 **E:** dnoack@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

**From:** Laurie Moreno <LMoreno@messner.com>
**Sent:** Tuesday, January 18, 2022 3:26 PM
**To:** Derek Noack <DNoack@messner.com>; Jackie Olinger Rochelle <jrochelle@mrhfmlaw.com>; LMITTIN@CPKLAW.COM
**Cc:** Michael Edwards <medwards@messner.com>; Strup, David P. <dstrup@shumaker.com>; Mary Estrada <MEstrada@messner.com>; Lisa Thayer <lthayer@messner.com>
**Subject:** 11521.0001 - Potter - Draft Stipulation of Dismissal as to Eaton Aeroquip

*Sent on behalf of Derek R. Noack,*

Good afternoon,

Attached please find the Stipulation and Order for Dismissal as to Eaton Aeroquip, LLC.  Please advise if we have your authorization to affix your e-signature.

Thank you.

**LAURIE MORENO**
Legal Assistant
**Messner Reeves LLP**
**O:** 702.363.5100 **E:** lmoreno@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

**From:** Derek Noack <DNoack@messner.com>
**Sent:** Friday, January 14, 2022 11:25 AM
**To:** Jackie Olinger Rochelle <jrochelle@mrhfmlaw.com>; LMITTIN@CPKLAW.COM
**Cc:** Michael Edwards <medwards@messner.com>; Strup, David P. <dstrup@shumaker.com>; Laurie Moreno <LMoreno@messner.com>; Mary Estrada <MEstrada@messner.com>
**Subject:** RE: Potter - Draft Stipulation of Dismissal as to Eaton Aeroquip

Dear, Ms. Olinger and Mr. Mittin:

Attached for your review is a draft stipulation of dismissal as to Eaton Aeroquip, indicating each party to bear their own costs per our agreement below.  Please let me know if you have any changes or would like to discuss further.  If it is acceptable then please confirm your authority to affix your e-signature and we will file with the Court.