1  Jackalyn A. Olinger Rochelle, Esq.
   Admitted *Pro Hac Vice,* IL Bare No. 6288480
2  Lorrette Fisher, Esq.
   Admitted *Pro Hac Vice*, NY Bar No. 5263934
3  MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
   1015 Locust Street, Suite 1200
4  St. Louis, MO 63101
   jrochelle@mrhfmlw.com
5  lfisher@mrhfmlaw.com
   Phone: (800) 358-5922
6  Fax: (314) 241-4838
   Attorneys for Plaintiff
7
   Lawrence E. Mittin, Esq.
8  Nevada Bar No. 005428
   CRAIG P. KENNY & ASSOCIATES
9  501 S. 8th Street
   Las Vegas, NV  89101
10 (702) 380-2800
   Fax:  (702) 380-2833
11 lmittin@cpklaw.com
   Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER, | CASE NO.: 2:20-CV-00276-RFB-VCF |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT PARKER HANNIFIN CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CRANE CO., et al., | |
| Defendants. | |
| | **(First Request)** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action by Plaintiff JORDAN J. POTTER and Defendant PARKER-HANNIFIN CORPORATION is GRANTED

and Plaintiff should have an additional five (5) business days, until Monday, February 21, 2022, to file his Response to Defendant Parker-Hannifin Corporation's Motion for Summary Judgment in the above-entitled action.

**ORDER**

**IT IS SO ORDERED**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED:** \_\_\_\_February 10, 2022\_\_\_\_