Jackalyn A. Olinger Rochelle, Illinois Bar No. 6288480
Admitted *Pro Hac Vice*
Lorrette Fisher, New York Bar No. 5263934
Admitted *Pro Hac Vice*
MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
1015 Locust Street, Suite 1200
St. Louis, MO 63101
jrochelle@mrhfmlw.com
lfisher@mrhfmlaw.com
Phone: (800) 358-5922
Fax: (314) 241-4838
Attorneys for Plaintiff

Lawrence E. Mittin, Esq.
Nevada Bar No.  005428
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV  89101
(702) 380-2800
Fax:  (702) 380-2833
lmittin@cpklaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER, <br><br> Plaintiff, <br><br> v. <br><br> CRANE CO., et al., <br><br> Defendants. | CASE NO.: 2:20-CV-00276-RFB-VCF <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE  OF DEFENDANT HEXCEL CORPORATION, F/K/A HEATH TECNA F/K/A CIBA-GEIGY** |

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT HEXCEL CORPORATION, F/K/A HEATH TECNA F/K/A CIBA-GEIGY**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action by Plaintiff JORDAN J. POTTER is Dismissed with Prejudice as to Defendant HEXCEL CORPORATION, F/K/A HEATH TECNA F/K/A CIBA-GEIGY, pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own litigation expenses, including attorney's fees and costs incurred in this action.

**ORDER**

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: _February 10, 2022_