C. William Margrabe
New York Bar No. 5017710, Admitted *Pro Hac Vice*
Lorrette Fisher
New York Bar No. 5263934, Admitted *Pro Hac Vice*
MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
1015 Locust Street, Suite 1200
St. Louis, MO 63101
wmargrabe@mrhfmlaw.com
lfisher@mrhfmlaw.com
Phone: (800) 358-5922 / Fax: (314) 241-4838
*Attorneys for Jordan J. Potter*

Lawrence E. Mittin, Esq.
Nevada Bar No. 005428
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV  89101
Phone: (702) 380-2800 / Fax:  (702) 380-2833
lmittin@cpklaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JORDAN J. POTTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CRANE CO., et al.,<br><br>　　　　　Defendants. | CASE NO.: 2:20-CV-00276-RFB-VCF<br><br>**PLAINTIFF'S MOTION TO EXTEND THE TIME TO FILE A MOTION FOR SUBSTITUTION OF PARTY**<br>**(First Request)** |

JAMES POTTER, as an anticipated administrator and legal representative of the Estate of Jordan Potter, by and through undersigned counsel[1] and pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR 7-2, respectfully submits this motion so as to extend the time within which Plaintiff(s) must

---

[1] This motion is also filed by counsel on behalf of the decedent Jordan Potter. As explained more fully below, it is anticipated that James Potters' wife and the decedent's mother, June Potter, may also be appointed as a legal representative of the decedent's estate.

- 1 -

file a motion under Fed. R. Civ. P. 25(a)(1) to substitute a party for the now-deceased Plaintiff Jordan Potter. In support, it is hereby stated as follows:

1. Plaintiff, Jordan Potter, passed away suddenly on February 26, 2022. *See* Plaintiff's Statement of Death, Dkt. 442.

2. Jordan, who died intestate, was unmarried at the time of his passing and leaves behind a minor child.

3. Probate proceedings are anticipated to be initiated by the decedent's parents, James and June Potter, and it is anticipated that they will be appointed as Administrators of the Estate.

4. Counsel for the decedent, Jordan Potter, informed the Court and the remaining Defendants in this case of Jordan's passing both by the filing of the Statement of Death on March 22, 2022, and at a hearing and conference held by the Court on April 26, 2022. *See* Minutes of Proceedings, Dkt. 445.

5. This Motion is being filed in an abundance of caution before the expiration of the 90-day period following the filing of a Notice of Death within which a party can move to substitute the now-deceased Plaintiff with a proper legal representative; and Movant's Counsel will supplement this Motion with copies of the Letter of Administration upon receipt.

6. Pursuant to the Court's directive to the parties during the April 26, 2022 hearing and conference, Plaintiff's counsel has conferred with counsel for Defendants on this Motion and shows that certain Defendants are opposed to some portions of the relief sought.[2]

7. A proposed Order granting the relief requested is attached.

## MEMORANDUM OF LAW

---

[2] Counsel for Defendants Industrial Manufacturing Company and Arrowhead Products consented to the extension of time within which to substitute the plaintiff in principle, but did not agree to an extension of time until October 10, 2022.

FRCP 25(a)(1) provides as follows:

**(a) Death.**

**(1)** *Substitution if the Claim Is Not Extinguished.* If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Plaintiff filed a Statement of Death on March 22, 2022 wherein the Court and the parties were formally notified of the original plaintiff Jordan Potter's death. Jordan Potter's claims were not extinguished by his death. (*See e.g.* NRS § 41.100 which provides that "no cause of action is lost by reason of the death of any person, but may be maintained by or against the person's executor or administrator;" see also NRS § 41.085, which provides that the official representatives and heirs of a decedent have a right to bring a wrongful death cause of action).

Thus, pursuant to FRCP 25, the action will be dismissed unless a motion for substitution of plaintiff is filed on or before June 22, 2022 (i.e. 90 days following the filing of the statement of death). When the Statement of Death was filed, no administrator or other legally recognized representative of the decedent Jordan Potter's estate had been appointed, and it was uncertain who would be appointed. The same remains true to date but as per the decedent's adoptive father, James Potter, the decedent's parents are seeking to commence a legal action on the appropriate probate court to have an administrator appointed. Upon that legal representative's appointment, that person is to be substituted in as plaintiff so that Jordan's claims and the interests of his estate, and his heirs (which include a minor child), can be properly and fully represented.

1     FRCP 6 is the appropriate vehicle through which to seek an extension of the FRCP 25 deadlines. *See e.g. Zanowick v. Baxter Healthcare Corp.*, 850 F.3d 1090, 1094 (9th Cir. 2017) (Rule 25's "90-day deadline may be extended by Rule 6(b) ... Rule 6(b) 'works in conjunction with Rule 25(a)(1) to provide the intended flexibility in enlarging the time for substitution.'" [internal citations omitted]. Thus, the motion herein is proper.

    WHEREFORE, movant respectfully moves this Court for an Order extending the time within which to file a motion to substitute the decedent Jordan Potter as plaintiff until October 10, 2022.

**MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC**

By: <u>C. William Margrabe</u>
C. William Margrabe
New York Bar No. 5017710, Admitted *Pro Hac Vice*
Lorrette Fisher
New York Bar No. 5263934, Admitted *Pro Hac Vice*
1015 Locust Street, Suite 1200
St. Louis, MO 63101
wmargrabe@mrhfmlaw.com
lfisher@mrhfmlaw.com
Phone: (800) 358-5922 / Fax: (314) 241-4838
*Attorneys for Plaintiff*

And

CRAIG P. KENNY & ASSOCIATES

Lawrence E. Mittin, Esq.
Nevada Bar No. 005428
501 S. 8th Street
Las Vegas, NV 89101
(702) 380-2800
Fax: (702) 380-2833
lmittin@cpklaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER,<br><br>            Plaintiff,<br><br>v.<br><br>CRANE CO., et al.,<br><br>           Defendants. | CASE NO.: 2:20-CV-00276-RFB-VCF<br><br>**[PROPOSED] STIPULATED ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE TIME TO FILE A MOTION FOR SUBSTITUTION OF PARTY**<br>**(First Request)** |

      THIS MATTER comes before the Court on Plaintiff's Motion to Extend the Time to File a Motion for Substitution of Party pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR 7-2.

      IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend the Time to File a Motion for Substitution of Party is **GRANTED**.

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 26th day of May, 2022.

## **CERTIFICATE OF SERVICE**

I certify that I am an employee of MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC and that on the 25th day of May, 2022, I served a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** to all parties on file with the CM/ECF:

| |
|---|
| **PLAINTIFF JORDAN POTTER**<br>CRAIG P. KENNY & ASSOCIATES<br>Lawrence E. Mittin, Esq.<br>501 S. 8th Street<br>Las Vegas, NV  89101<br>Telephone:  (702) 380-2800<br>Facsimile:  (702) 380-2833<br><br>lmittin@cpklaw.com<br>shanks@cpklaw.com |
| **ARROWHEAD PRODUCTS**<br>HOLLAND & HART LLP<br>Lars K. Evensen<br>Joseph G. Went<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>Phone: 702.669.4600<br>Fax: 702.669.4650<br><br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>Eric Larson Zalud<br>Nora K. Cook<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114-2378<br>Telephone: 216.363-4500<br>Facsimile: 216.363-4588<br><br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>Joseph R. Blalock<br>4100 South High Street, Suite 2600<br>Columbus, Ohio 43215-6164<br>Telephone: 614.223-9300<br>Facsimile: 614.223-9330<br><br>lkevensen@hollandhart.com<br>jgwent@hollandhart.com<br>ezalud@beneschlaw.com<br>jblalock@beneschlaw.com |

ncook@beneschlaw.com

**CRANE CO.**
BACKUS, CARRANZA & BURDEN
Edgar Carranza, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555 tel.
(702) 872-5545 fax

ecarranza@backuslaw.com
JacquelynFranco@backuslaw.com

**DEXTER HYSOL AEROSPACE, LLC**
LEWIS BRISBOIS BISGAARD & SMITH LLP
Steven B. Abbott, Esq.
Michael R. Smith, Esq.
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

Steven.Abbott@lewisbrisbois.com
Michael.r.Smith@lewisbrisbois.com

**GENERAL ELECTRIC COMPANY**
J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200

cjorgensen@lrrc.com

| | |
|---|---|
| 1 | **INDUSTRIAL MANUFACTURING** |
|   | HOLLAND & HART LLP |
| 2 | Lars K. Evensen |
|   | Joseph G. Went |
| 3 | 9555 Hillwood Drive, 2nd Floor |
|   | Las Vegas, Nevada 89134 |
| 4 | Phone: 702.669.4600 |
|   | Fax: 702.669.4650 |
| 5 | |
|   | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 6 | Eric Larson Zalud |
|   | Nora K. Cook |
| 7 | 200 Public Square, Suite 2300 |
|   | Cleveland, Ohio 44114-2378 |
| 8 | Telephone: 216.363-4500 |
|   | Facsimile: 216.363-4588 |
| 9 | |
|   | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 10 | Joseph R. Blalock |
|   | 4100 South High Street, Suite 2600 |
| 11 | Columbus, Ohio 43215-6164 |
|   | Telephone: 614.223-9300 |
| 12 | Facsimile: 614.223-9330 |
| 13 | lkevensen@hollandhart.com |
|   | jgwent@hollandhart.com |
| 14 | ezalud@beneschlaw.com |
|   | jblalock@beneschlaw.com |
| 15 | ncook@beneschlaw.com |
|   | **PARKER-HANNIFIN CORPORATION** |
| 16 | SNELL & WILMER L.L.P. |
|   | Tracy H. Fowler |
| 17 | Dawn L. Davis |
|   | 3883 Howard Hughes Parkway, Suite 1100 |
| 18 | Las Vegas, NV 89169 |
|   | Telephone: (702) 784-5275 |
| 19 | Facsimile: (702) 784-5252 |
| 20 | tfowler@swlaw.com |
|   | ddavis@swlaw.com |
| 21 | |
| 22 | |
| 23 | |

**WYETH HOLDINGS LLC f/k/a AMERICAN CYANAMID COMPANY**
KING & SPALDING LLP
Troy D. McMahan
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1205

Stephanie A. Le
633 West Fifth St, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355

WILEY PETERSEN
Robert J. Caldwell
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145
Telephone: (702) 910-3329
Fax: (702) 553-3467

tMcmahan@kslaw.com
sle@kslaw.com
RCaldwell@wileypetersenlaw.com

[ ]  Hand Delivery
[ ]  Facsimile Transmission
[ ]  U.S. Mail, Postage Prepaid
[X]  CM/ECF E-Filing Service System

  /s/   Kelly R. Pool
An Employee of MAUNE RAICHLE HARTLEY
FRENCH & MUDD LLC