C. William Margrabe
New York Bar No. 5017710, Admitted *Pro Hac Vice*
MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
150 W. 30th Street, Suite 201
New York, NY 10001
Phone: (800) 358-5922 / Fax: (314) 241-4838
wmargrabe@mrhfmlaw.com

Lawrence E. Mittin, Esq.
Nevada Bar No. 005428
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV  89101
Phone: (702) 380-2800 / Fax:  (702) 380-2833
lmittin@cpklaw.com

*Attorneys for James Potter &*
*Plaintiff-Decedent Jordan J. Potter*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JORDAN J. POTTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CRANE CO., et al.,<br><br>　　　　　Defendants. | CASE NO.: 2:20-CV-00276-RFB-VCF<br><br>**MOTION TO ENLARGE THE TIME TO FILE SETTLEMENT DOCUMENTS**<br>**(Second Request)** |

JAMES POTTER, as an anticipated administrator and legal representative of the Estate of Jordan Potter, by and through undersigned counsel[1] and pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR 7-2, respectfully submits this motion to enlarge the time within which the successor to plaintiff-decedent Jordan Potter ("Plaintiff-Decedent") and defendant Parker-Hannifin Corporation

---

[1] This motion is also filed by counsel on behalf of the decedent Jordan Potter. As explained more fully below, it is anticipated that James Potters' wife and the decedent's mother, June Potter, may also be appointed as a legal representative of the decedent's estate.

- 1 -

("Parker-Hannifin") are to file documents related to the settlement reached between Jordan Potter and Parker-Hannifin. In support, it is hereby stated as follows:

1. On February 18, 2022, Parker-Hannifin filed a notice regarding a settlement it had reached with Jordan Potter. Notice of Settlement [ECF No. 438].

2. On February 23, 2022, the Court ordered Plaintiff-Decedent and Parker-Hannifin to file the "settlement documents, stipulation for dismissal or joint status report within 120 days." Minute Order [ECF No. 439].

3. June 23, 2022 is 120 days from February 23.

4. Jordan Potter passed away on February 26, 2022 and his attorneys filed a statement of death on March 22, 2022. Plaintiff's Statement of Death [ECF No. 442].

5. Under Federal Rule of Civil Procedure ("Rule") 25, a motion to substitute a plaintiff for Jordan Potter was required to be filed within 90 days of the filing of the statement of death, or June 20, 2022.

6. Jordan Potter, who died intestate, was unmarried at the time of his passing and leaves behind a minor child.

7. Probate proceedings are anticipated to be initiated by Jordan Potter's parents, James and June Potter, and it is anticipated that one of them will be appointed as an administrator of the Jordan Potter's estate.

8. On April 26, 2022, Magistrate Judge Ferenbach held a conference, during which the parties attending and the Court discussed the difficulties in proceeding with this litigation before a new plaintiff had been substituted for Plaintiff-Decedent.

9. Due to concerns that there would not be a plaintiff to substitute for Jordan Potter within the 90-day timeframe provided by Rule 25, on May 25, 2022 the undersigned filed a motion

seeking to enlarge that time until October 10, 2022. Plaintiff's Motion to Extend the Time to File a Motion for Substitution of Party [ECF No. 446].

10. The Court granted the motion the following day. Order [ECF No. 448].

11. It is approximately one week until the June 23, 2022 deadline for the submittal of settlement documents.

12. The Potters are still reeling from the loss of their son. Additionally, James Potter recently underwent heart surgery and is still in recovery. June Potter has had to devote considerable time and effort to seeing her husband through this invasive surgery and caring for him during his recovery. As a result, the Potters have had difficulty finding the time necessary to take the steps required to set up Jordan's estate, although they are determined to do so.

13. However, at this time, neither June nor James Potter has retained an attorney in connection with the establishment of an estate for Jordan Potter.

14. Thus, it is anticipated that the parties will be unable to comply with the June 23rd deadline, because no estate for Jordan Potter has been established, and it is infeasible to do so by that date.

15. Accordingly, the undersigned requests that the deadline for the substituted plaintiff and Parker-Hannifin to comply with the Court's February 23, 2022 order be enlarged to 120 days after June 23, 2022, that is, until October 21, 2022.

16. Parker-Hannifin has consented to this request.

17. A proposed Order granting the relief requested is attached.

18. A prior motion seeking this relief was filed on June 13, 2022. [ECF No. 449.]

19. However, that motion was denied for failure to establish good cause for an extension of more than 120 days. [ECF No. 450.]

## MEMORANDUM OF POINTS AND AUTHORITIES

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time . . . expires." Fed R. Civ. P. 6(b).

Here, there is no successor to Plaintiff-Decedent, nor is the appointment of one imminent. *See* ¶¶ 12-14. Thus, compliance with the Court's deadline is infeasible. Accordingly, good cause exists to extend the deadline for the filing of documents related to the settlement between Plaintiff-Decedent and Parker-Hannifin. The standard extension in this Court of 120 days is requested.

It is possible that further extensions will be necessary, since the Potters may not be able to retain an attorney, file the necessary paperwork, receive their letters of administration, and finalize the settlement with Parker-Hannifin within that timeline.

WHEREFORE, movant respectfully moves this Court for an Order extending the time within which to file settlement documents, stipulation for dismissal or joint status report until October 21, 2022, or for such other and further relief as the Court deems appropriate.

MAUNE RAICHLE HARTLEY FRENCH
& MUDD LLC

/s/ C. William Margrabe
New York Bar No. 5017710, Admitted *Pro Hac Vice*
150 W. 30th Street, Suite 201
New York, NY 10001
wmargrabe@mrhfmlaw.com
Phone: (800) 358-5922 / Fax: (314) 241-4838
*Attorneys for James Potter &*
*Plaintiff-Decedent Jordan J. Potter*

*And*

CRAIG P. KENNY & ASSOCIATES

/s/ Lawrence E. Mittin
Lawrence E. Mittin, Esq.
Nevada Bar No.  005428
501 S. 8th Street
Las Vegas, NV  89101
(702) 380-2800
Fax:  (702) 380-2833
lmittin@cpklaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JORDAN J. POTTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CRANE CO., et al.,<br><br>　　　　　Defendants. | CASE NO.: 2:20-CV-00276-RFB-VCF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE THE TIME TO FILE SETTLEMENT DOCUMENTS**<br><br>**(Second Request)** |

　　　This matter comes before the Court on Plaintiff's Motion to Enlarge the Time to File Settlement Documents.

　　　Good cause being shown, it is therefore **ORDERED** that Plaintiff's Motion to Enlarge the Time to File Settlement Documents is **GRANTED**.

　　　It is further **ORDERED** that the documents pertaining to Jordan Potter's settlement with Parker-Hannifin Corporation shall be filed on or before October 21, 2022.

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 17th day of June, 2022.

## **CERTIFICATE OF SERVICE**

I certify that I am an employee of MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC. and that on the 16th day of June, 2022, I served a true and correct copy of the foregoing **PLAINTIFF'S MOTION ENLARGE THE TIME TO FILE SETTLEMENT DOCUMENTS (Second Request)** to all parties on file with the CM/ECF:

**PLAINTIFF JORDAN POTTER**
CRAIG P. KENNY & ASSOCIATES
Lawrence E. Mittin, Esq.
501 S. 8th Street
Las Vegas, NV  89101
Telephone:  (702) 380-2800
Facsimile:  (702) 380-2833

And

MAUNE RAICHLE HARTLEY FRENCH
& MUDD LLC
C. William Margrabe
New York Bar No. 5017710, Admitted *Pro Hac Vice*
150 W. 30th Street, Suite 201
New York, NY 10001
Phone: (800) 358-5922
Fax: (314) 241-4838

wmargrabe@mrhfmlaw.com
lmittin@cpklaw.com
shanks@cpklaw.com

**ARROWHEAD PRODUCTS**
HOLLAND & HART LLP
Lars K. Evensen
Joseph G. Went
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: 702.669.4600
Fax: 702.669.4650

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Eric Larson Zalud
Nora K. Cook
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378

| | |
|---|---|
| 1 | Telephone: 216.363-4500 |
| | Facsimile: 216.363-4588 |
| 2 | |
| | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 3 | Joseph R. Blalock |
| | 4100 South High Street, Suite 2600 |
| 4 | Columbus, Ohio 43215-6164 |
| | Telephone: 614.223-9300 |
| 5 | Facsimile: 614.223-9330 |
| | |
| 6 | lkevensen@hollandhart.com |
| | jgwent@hollandhart.com |
| 7 | ezalud@beneschlaw.com |
| | jblalock@beneschlaw.com |
| 8 | ncook@beneschlaw.com |
| | **CRANE CO.** |
| 9 | BACKUS, CARRANZA & BURDEN |
| | Edgar Carranza, Esq. |
| 10 | Jacquelyn Franco, Esq. |
| | 3050 South Durango Drive |
| 11 | Las Vegas, Nevada 89117 |
| | (702) 872-5555 tel. |
| 12 | (702) 872-5545 fax |
| | |
| 13 | ecarranza@backuslaw.com |
| | JacquelynFranco@backuslaw.com |
| 14 | |
| | **DEXTER HYSOL AEROSPACE, LLC** |
| 15 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | Steven B. Abbott, Esq. |
| 16 | Michael R. Smith, Esq. |
| | Kari Halbrook |
| 17 | |
| | 6385 South Rainbow Blvd., Suite 600 |
| 18 | Las Vegas, Nevada 89118 |
| | Telephone: (702) 893-3383 |
| 19 | Facsimile: (702) 893-3789 |
| | |
| 20 | Steven.Abbott@lewisbrisbois.com |
| | Michael.r.Smith@lewisbrisbois.com |
| 21 | Kari.Halbrook@lewisbrisbois.com |
| 22 | |
| 23 | |

| | |
|---|---|
| 1 | **GENERAL ELECTRIC COMPANY** |
| | J Christopher Jorgensen |
| 2 | Nevada Bar No. 5382 |
| | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 3 | 3993 Howard Hughes Pkwy, Suite 600 |
| | Las Vegas, NV 89169-5996 |
| 4 | Tel: (702) 949-8200 |
| | |
| 5 | cjorgensen@lrrc.com |
| | **INDUSTRIAL MANUFACTURING** |
| 6 | HOLLAND & HART LLP |
| | Lars K. Evensen |
| 7 | Joseph G. Went |
| | 9555 Hillwood Drive, 2nd Floor |
| 8 | Las Vegas, Nevada 89134 |
| | Phone: 702.669.4600 |
| 9 | Fax: 702.669.4650 |
| | |
| 10 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| | Eric Larson Zalud |
| 11 | Nora K. Cook |
| | 200 Public Square, Suite 2300 |
| 12 | Cleveland, Ohio 44114-2378 |
| | Telephone: 216.363-4500 |
| 13 | Facsimile: 216.363-4588 |
| | |
| 14 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| | Joseph R. Blalock |
| 15 | 4100 South High Street, Suite 2600 |
| | Columbus, Ohio 43215-6164 |
| 16 | Telephone: 614.223-9300 |
| | Facsimile: 614.223-9330 |
| 17 | |
| | lkevensen@hollandhart.com |
| 18 | jgwent@hollandhart.com |
| | ezalud@beneschlaw.com |
| 19 | jblalock@beneschlaw.com |
| | ncook@beneschlaw.com |

20      [ ]     Hand Delivery
           [ ]     Facsimile Transmission
21      [ ]     U.S. Mail, Postage Prepaid
           [X]     CM/ECF E-Filing Service System
22

23                          */s/ Kelly Pool*
                         An Employee of MAUNE RAICHLE HARTLEY
                         FRENCH & MUDD LLC