**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JORDAN J. POTTER,<br><br>                Plaintiff(s),<br><br>v.<br><br>CRANE CO., et al.,<br><br>                Defendant(s). | 2:20-cv-00276-RFB-VCF<br><br>**ORDER** |

Before the Court is plaintiff's motion to substitute the Estate of Jordan J. Potter for Jordan J. Potter. (ECF NO. 465).

Only one response was filed. (ECF NO. 466)[1].

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

---

[1] Defendant Teleflex Inc. filed a response to the instant motion. (ECF No. 466). Defendant Teleflex states that it does not oppose the Plaintiff's motion, but wishes to note that it reached a confidential settlement with Plaintiff almost a year ago, and filed a Notice of Settlement with the Court on December, 9, 2021. Plaintiff passed away just about a month later, before signing the Release that had already been approved by his counsel at the Maune Raichle firm. Teleflex has since reached agreement with Plaintiff's counsel to modify the Release to reflect the Estate as the Plaintiff, and simply awaits signature by Jordan's mother June Potter, on behalf of her son's estate, at which time the settlement will be finalized and then a dismissal entered as to Teleflex. Plaintiff has not disputed Teleflex's expectations.

1

IT IS HEREBY ORDERED that plaintiff's motion to substitute the Estate of Jordan J. Potter for Jordan J. Potter (ECF NO. 465), is GRANTED. The Estate of Jordan J. Potter is substituted in place and stead of Jordan J. Potter.

DATED this 9th day of December 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE