HOLLAND & HART LLP
Lars K. Evensen
Joseph G. Went
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: 702.669.4600
Fax: 702.669.4650

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Eric Larson Zalud (*admitted pro hac vice*)
Nora K. Cook (*admitted pro hac vice*)

200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363-4500
Facsimile: 216.363-4588

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Joseph R. Blalock (*admitted pro hac vice*)
4100 South High Street, Suite 2600
Columbus, Ohio 43215-6164
Telephone: 614.223-9300
Facsimile: 614.223-9330

lkevensen@hollandhart.com
jgwent@hollandhart.com
ezalud@beneschlaw.com
ncook@beneschlaw.com
jblalock@beneschlaw.com
*Attorneys for Defendant*
***ARROWHEAD PRODUCTS CORPORATION***
***INDUSTRIAL MANUFACTURING COMPANY***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JORDAN J. POTTER, | CASE NO.: 2:20-CV-00276-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANTS ARROWHEAD PRODUCTS CORPORATION AND INDUSTRIAL MANUFACTURING COMPANY** |
| CRANE CO., et al., | |
| Defendants. | |

TO THE COURT AND ALL INTERESTED PARTIES OF RECORD:

It is hereby stipulated BY THE AFFECTED PARTIES, Plaintiff JUNE POTTER, as Special Administrator for the Estate of JORDAN J. POTTER, Defendant ARROWHEAD PRODUCTS CORPORATION and INDUSTRIAL MANUFACTURING COMPANY, that Defendant Arrowhead Products Corporation and Industrial Manufacturing Company are dismissed with prejudice as defendants to Plaintiff's Second Amended Complaint, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED this 13th day of February, 2023

/s/ Lars K. Evensen
HOLLAND & HART LLP
Lars K. Evensen
Joseph G. Went
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: 702.669.4600
Fax: 702.669.4650

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Eric Larson Zalud (*admitted pro hac vice*)
Nora K. Cook (*admitted pro hac vice*)
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363-4500
Facsimile: 216.363-4588

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Joseph R. Blalock (*admitted pro hac vice*)
4100 South High Street, Suite 2600
Columbus, Ohio 43215-6164
Telephone: 614.223-9300
Facsimile: 614.223-9330

lkevensen@hollandhart.com
jgwent@hollandhart.com
ezalud@beneschlaw.com

jblalock@beneschlaw.com
ncook@beneschlaw.com

*Attorneys for Defendant*
**Arrowhead Products Company**


*/s/ Lawrence E. Mittin*
CRAIG P. KENNY & ASSOCIATES
Lawrence E. Mittin
501 S. 8th Street
Las Vegas, NV 89101
(702) 380-2800
Fax: (702) 380-2833
Email: lmittin@cpklaw.com


*/s/ Brian F. Ladenburg*
MAUNE RAICHLE HARTLEY
FRENCH & MUDD LLC
Brian F. Ladenburg *(admitted pro hac vice)*
1200 Fifth Avenue, Suite 1400
Seattle, WA 98101
(800) 358-5922
Fax (314) 241-4838
email: bladenburg@mrhfmlaw.com

*Attorneys for Plaintiff*
**Jordan J. Potter**

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendants Arrowhead Products Corporation and Industrial Manufacturing Company are hereby dismissed as defendants as named in Plaintiff's Second Amended Complaint, with prejudice.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 14th day of February, 2023.

**CERTIFICATE OF SERVICE**

    Pursuant to FRCP 5(b), I certify that I am an employee of Holland & Hart LLP, and that on this 24th day of October 2022, I did cause a true copy of **STIPULATION FOR DISMISSAL OF DEFENDANTS ARROWHEAD PRODUCTS CORPORATION AND INDUSTRIAL MANUFACTURING COMPANY** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

                                                        */s/ Brenda L. Schroeder*
                                                        An Employee of Holland & Hart LLP

20886431_v1