NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:    (702) 862-8300
Facsimile:     (702) 862-8400
nwieczorek@clarkhill.com
Attorneys for Defendant
TELEFLEX, Inc.

GERALD P. SCHNEEWEIS, CA State Bar No. 101331
(Admitted Pro Hac Vice)
CLARK HILL LLP
One American Plaza, 600
West Broadway, Suite 500
San Diego, California  92101
Telephone:    (619) 557-0404
Facsimile:     (619) 557-0460
gschneeweis@clarkhill.com
Attorneys for Defendant
TELEFLEX INCORPORATED

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUNE POTTER, as Special Administrator for the Estate of JORDAN J. Potter, deceased,<br><br>Plaintiff,<br><br>v.<br><br>ARROWHEAD PRODUCTS, individually and as successor in interest to Arrowhead Rubber Company; CRANE CO.; GENERAL ELECTRIC COMPANY; HENKEL CORPORATION as successor-in-interest to Loctite Corporation and Dexter Hysol; INDUSTRIAL MANUFACTURING COMPANY, as successor in interest to Arrowhead Products and Arrowhead Rubber Company; NORTHROP GRUMMAN CORPORATION; PARKER-HANNIFIN CORPORATION, individually and as successor-in-interest to Cleveland Wheel & Brake and Stratoflex Products; TELEFLEX INCORPORATED; TITEFLEX COMMERCIAL INC.; WYETH HOLDINGS LLC f/k/a Wyeth | Case No.:  2:20-cv-00276-RFB-VCF<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

|   |   |
|---|---|
| 1<br>2<br>3<br>4 | Holdings Corp. f/k/a American Cyanamid Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 50, inclusive,<br><br>                             Defendants. |

Representative Plaintiff June Potter ("Plaintiff") by and through her counsel of record, Maune Raichle Hartley French & Mudd, LLC and Craig P. Kenney & Associates; and Defendant Teleflex Incorporated ("Teleflex") by and through its counsel of record, Clark Hill PLC, hereby stipulate to the following:

In early December, 2021, counsel for Plaintiff Jordan Potter and counsel for Teleflex reached a confidential settlement of all claims encompassed in the First Amended Complaint filed by then-Plaintiff Jordan Potter and Teleflex filed a Notice of Settlement with the Court on December 9, 2021. (Dkt 406,). In mid-January of 2022, the terms of a formal Confidential Release and Settlement Agreement were agreed upon by respective counsel and the release was sent by Plaintiff's counsel to Mr. Potter for signature. However, Mr. Potter passed away on February 26, 2022 before signing the Release. Plaintiff's counsel filed an FRCP Rule 25 Notice of Suggestion of Death, and subsequently the Court granted an unopposed motion to allow Jordan Potter's mother June Potter to be substituted as a representative Plaintiff, to assert the claims that Jordan asserted before he died. (Dkt. 446.) Teleflex did not oppose the motion, but filed a Response setting forth the sequence of events regarding its settlement. (Dkt.466).  On May 26, 2022 the Court granted the motion allowing June Potter to be substituted as Plaintiff, to assert the claims that Jordan Potter had asserted. (Dkt. 448.)  On January 25, 2023, Plaintiff June Potter filed the Second Amended Complaint as the Substitute Plaintiff, and it was served on Teleflex and several other Defendants that same day via CM/ECF. (Dkt. 470.)   Absent an extension of time, a response would be due on or before February 8, 2023.  On February 2, 2023, Teleflex received the signed Confidential Settlement Agreement and General Release of All Claims.  Once the Agreement is signed, the settlement will be funded, and a Stipulation for Dismissal will be entered.  Teleflex has thus requested and Plaintiff has agreed pursuant to IA Rule 6-1 of the Local Rules for the United States District Court

District of Nevada, to a 45-day extension up through and including March 10, 2023 for Teleflex to file a response to the Second Amended Complaint.

The extension for Defendant Teleflex to respond to the Second Amended Complaint is requested due to the fact that Teleflex is still awaiting the executed Confidential Release and Settlement Agreement from Substitute Plaintiff June Potter, and that once this is received, the settlement will be promptly funded and a stipulation for dismissal filed, and no response to the Second Amended Complaint will be necessary. Defendant Teleflex and Plaintiff June Potter thus respectfully request that the Court order upon this Stipulation that Teleflex shall have 45 calendar days in which to respond to the Second Amended Complaint, during which time the parties expect the settlement to be completed and a dismissal with prejudice entered as to Teleflex.

IT IS SO STIPULATED on this 7th day of February, 2023.

| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | CLARK HILL PLLC |
|---|---|
| By: /s/ Brian Ladenburg<br>Brian Ladenburg, Esq.<br>Maune Raichle Hartley French & Mudd LLC<br>1200 Fifth Avenue, Suite 1400<br>Seattle, Washington 98101<br>Phone (253)229-9629<br>bladenburg@mrhfmlaw.com<br>Attorneys for Plaintiff | By: /s/ Gerald P. Schneeweis<br>Gerald P. Schneeweis,<br>CA State Bar No. 101331<br>(Admitted Pro Hac Vice)<br>CLARK HILL LLP<br>One American Plaza, 600<br>West Broadway, Suite 500<br>San Diego, California 92101<br>Telephone: (619) 557-0404<br>gschneeweis@clarkhill.com<br>Attorneys for Defendant,<br>Teleflex, Inc. |

# [~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT** Defendant Teleflex Inc. shall have 45 calendar days from February 8, 2023, or until March 10, 2023, in which to file a response to the Second Amended Complaint filed herein.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  2-14-2023 _____