KARI H. HALBROOK, ESQ. (*Pro Hac Vice*)
Kari.Halbrook@lewisbrisbois.com
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 010303
Steven.Abbott@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Dexter Hysol Aerospace, LLC and Henkel US Operations Corporation, incorrectly named as Henkel Corporation as successor-in-interest to Loctite Corporation and Dexter Hysol*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JUNE POTTER, as Special Administrator for the Estate of JORDAN J. POTTER, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>ARROWHEAD PRODUCTS, individually and as successor in interest to Arrowhead Rubber Company; CRANE CO.; GENERAL ELECTRIC COMPANY; HENKEL CORPORATION as successor-in-interest to Loctite Corporation and Dexter Hysol; INDUSTRIAL MANUFACTURING COMPANY, as successor in interest to Arrowhead Products and Arrowhead Rubber Company; NORTHROP GRUMMAN CORPORATION; PARKER-HANNIFIN CORPORATION, as successor-in-interest to Cleveland Wheel & Brake and Stratoflex Products; TELEFLEX INCORPORATED; TITEFLEX COMMERCIAL INC; WYETH HOLDINGS LLC f/k/a Wyeth Holdings Corp. f/k/a American Cyanamid Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 50, | CASE NO. 2:20-CV-00276-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT DEXTER HYSOL AEROSPACE, LLC & DEFENDANT HENKEL US OPERATIONS CORP ONLY** |

4860-6425-5311.1

1  inclusive,
2  　　　　　　　Defendants.
3
4  <u>DEFENDANT DEXTER HYSOL AEROSPACE, LLC & DEFENDANT HENKEL US OPERATIONS CORPORATION'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE</u>
5
6  　　　IT IS HEREBY STIPULATED by and between Plaintiff JUNE POTTER, as Special
7  Administrator for the Estate of JORDAN J. POTTER ("Plaintiff"), deceased, and Defendant
8  DEXTER HYSOL AEROSPACE, LLC and Defendant HENKEL US OPERATIONS
9  CORPORATION, incorrectly named as HENKEL CORPORATION as successor-in-interest
10 to LOCITE Corporation and DEXTER HYSOL ("Defendants" or "HENKEL"), through their
11 undersigned counsel of record, that Plaintiff's Complaint including all amendments thereto
12 ("Plaintiff's Complaint") in the above-entitled action shall be dismissed with prejudice, thus,
13 all of JUNE POTTER, as Special Administrator for the Estate of JORDAN J. POTTER,
14 deceased allegations and claims against <u>only</u> DEXTER HYSOL AEROSPACE, LLC and
15 Defendant HENKEL US OPERATIONS CORPORATION are dismissed with prejudice,
16 with the parties to bear their own costs and attorneys' fees.
17 　　　Plaintiff's Complaint and all claims alleged against all other Defendants are <u>not</u>
18 dismissed and shall remain in effect.
19 ….
20 ….
21 ….
22 ….
23 ….
24 ….
25 ….
26 ….
27 ….
28 ….

**STIPULATED BY THE FOLLOWING COUNSEL OF RECORD**

| | |
|---|---|
| Dated this 16th day of February, 2023 | Dated this 16th day of February, 2023 |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| By: /s/ Brian Ladenburg<br>Brian F. Ladenburg, Esq.<br>Washington Bar No. 29541<br>1200 Fifth Ave., Suite 1400<br>Seattle, WA 98101<br>*Admitted Pro Hac Vice -*<br>blandenburg@mrhfmlaw.com<br>*Attorneys for Plaintiff*<br><br>CRAIG P. KENNY & ASSOC.<br>Lawrence E. Mittin, Esq.<br>Nevada Bar No. 005428<br>lmittin@cpklaw.com<br>*Attorneys for Plaintiff* | By: /s/ Steven Abbott<br>Steven Abbott, Esq., SBN: 10303<br>Kari H. Halbrook (Pro Hac Vice)<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>702.893.3383<br>steven.abbott@lewisbrisbois.com<br>kari.halbrook@lewisbrisbois.com<br>*Attorneys for Defendant for Dexter Hysol Aerospace, LLC and Henkel US Operations Corporation, incorrectly named as Henkel Corporation as successor-in-interest to Loctite Corporation and Dexter Hysol* |

## ORDER TO DISMISS WITH PREJUDICE

**PURSUANT TO STIPULATION, IT IS IT IS SO ORDERED** that the above-entitled action by Plaintiff JUNE POTTER, as Special Administrator for the Estate of JORDAN J. POTTER ("Plaintiff"), deceased, as to only Defendant DEXTER HYSOL AEROSPACE, LLC and Defendant HENKEL US OPERATIONS CORPORATION, incorrectly named as HENKEL CORPORATION as successor-in-interest to LOCITE Corporation and DEXTER HYSOL ("Defendants" or "HENKEL") is dismissed with prejudice, with each party to bear its own litigation expenses, including attorneys' fees and costs incurred in this action.

## ORDER

**IT IS SO ORDERED**

Dated this  21st  day of February, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4860-6425-5311.1

4