NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:   (702) 862-8300
Facsimile:   (702) 862-8400
nwieczorek@clarkhill.com
Attorneys for Defendant
TELEFLEX, Inc.

GERALD P. SCHNEEWEIS, CA State Bar No. 101331
(Admitted Pro Hac Vice)
CLARK HILL LLP
One American Plaza, 600
West Broadway, Suite 500
San Diego, California  92101
Telephone:   (619) 557-0404
Facsimile:   (619) 557-0460
gschneeweis@clarkhill.com
Attorneys for Defendant
TELEFLEX INCORPORATED

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUNE POTTER, as Special Administrator for the Estate of JORDAN J. Potter, deceased,<br><br>Plaintiff,<br><br>v.<br><br>ARROWHEAD PRODUCTS, individually and as successor in interest to Arrowhead Rubber Company; CRANE CO.; GENERAL ELECTRIC COMPANY; HENKEL CORPORATION as successor-in-interest to Loctite Corporation and Dexter Hysol; INDUSTRIAL MANUFACTURING COMPANY, as successor in interest to Arrowhead Products and Arrowhead Rubber Company; NORTHROP GRUMMAN CORPORATION; PARKER-HANNIFIN CORPORATION, individually and as successor-in-interest to Cleveland Wheel & Brake and Stratoflex Products; TELEFLEX INCORPORATED; TITEFLEX COMMERCIAL INC.; WYETH HOLDINGS LLC f/k/a Wyeth | Case No.:  2:20-cv-00276-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TELEFLEX INCORPORATED, WITH PREJUDICE** |

1  Holdings Corp. f/k/a American Cyanamid Corporation; DOES 1 through 10, inclusive; and
2  ROE CORPORATIONS 1 through 50, inclusive,

3  Defendants.

6  TO THE COURT AND ALL INTERESTED PARTIES OF RECORD:

7  It is hereby stipulated by Plaintiff JUNE POTTER, as Special Administrator for the Estate of JORDAN J. POTTER and Defendant TELEFLEX INCORPORATED, that Defendant TELEFLEX INCORPORATED is dismissed, with prejudice, from Plaintiff's Second Amended Complaint, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Each shall bear their own attorneys' fees and costs.

11  IT IS SO STIPULATED on this 28th day of February, 2023.

**MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC**

By: */s/ Brian Ladenburg*
Brian Ladenburg, Esq.
Maune Raichle Hartley French & Mudd LLC
1200 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Phone (253)229-9629
bladenburg@mrhfmlaw.com
Attorneys for Plaintiff

**CLARK HILL LLP**

By: */s/ Gerald P. Schneeweis*
Gerald P. Schneeweis,
CA State Bar No. 101331
(Admitted Pro Hac Vice)
CLARK HILL LLP
One American Plaza, 600
West Broadway, Suite 500
San Diego, California  92101
Telephone: (619) 557-0404
gschneeweis@clarkhill.com
Attorneys for Defendant,
Teleflex, Inc.

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT** Defendant TELEFLEX INCORPORATED is hereby dismissed, with prejudice, from Plaintiff's Second Amended Complaint. Each shall bear their own attorneys' fees and costs.

**Hon. Raymond F. Boulware, II**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of March, 2023.