C. William Margrabe
400 6th St. NW, 10th Fl.
Washington, DC 20001
will.margrabe@dc.gov
(202) 727-6294
*On his own behalf*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUNE POTTER, as Special Administrator for the Estate of Jordan J. Potter, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CRANE CO., et al., <br><br> Defendants. | No.  2:20-CV-00276-RFB-VCF <br><br> **MOTION TO WITHDRAW AS COUNSEL AND REQUEST REMOVAL FROM SERVICE LIST** |

Pursuant to LR IA 11-6(b), C. William Margrabe, Esq. notifies this Court, counsel, and the parties that he is no longer affiliated with the law firm Maune Raichle Hartley French & Mudd, LLC, and therefore moves this Court to withdraw as counsel for Plaintiff June Potter, as Special Administrator for the Estate of Jordan J. Potter, deceased ("Plaintiff"), and further requests to be removed from the Court's CM/ECF service list with respect to this matter. Plaintiff will continue to be represented by attorneys from the firms Maune Raichle Hartley French & Mudd, LLC and Craig P. Kenny & Associates.

The undersigned submits this motion on his own behalf only, and only for the limited purpose of obtaining the relief requested above. This filing does not constitute an appearance in this matter by the undersigned or by the Office of the Attorney General for the District of Columbia, and likewise does not create or imply an attorney-client relationship between the undersigned, or the Office of the

Attorney General for the District of Columbia, and any party to this action.

Dated: Sept. 27, 2023         /s/  C. William Margrabe
                              C. William Margrabe
                              400 6th St. NW, 10th Fl.
                              Washington, DC 20001

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-29-2023

## CERTIFICATE OF SERVICE

  I, C. William Margrabe, hereby certify that the foregoing was filed electronically on the date below using the Court's CM/ECF system, which will serve a copy upon all counsel of record.

| | |
|---|---|
| Dated: September 27, 2023 | /s/ C. William Margrabe |
| | C. William Margrabe |