1  Tracy H. Fowler (*Pro Hac Vice*)
   Dawn L. Davis, Esq.
2  Nevada Bar No. 13329
   SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
4  Telephone: (702) 784-5275
   Facsimile: (702) 784-5252
5  Email: tfowler@swlaw.com
          ddavis@swlaw.com
6
7  *Attorneys for Defendant Parker-Hannifin Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER, | CASE NO. 2:20-cv-00276-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CRANE CO., et al., | |
| Defendants. | |

Defendant Parker-Hannifin Corporation, by and through its attorneys of record, Snell & Wilmer LLP, and Plaintiffs Jordan J. Potter and June Potter, as Special Administrator for the Estate of Jordan J. Potter, deceased, by and through their counsel of record, Maune Raichle Hartley French & Mudd LLC, stipulate and agree as follows:

IT IS STIPULATED that the above-entitled action shall be dismissed, with prejudice, as to Defendant Parker-Hannifin Corporation.

Each party will bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED this 13th day of November, 2023.

DATED this 13th day of November, 2023.

SNELL & WILMER LLP

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

By: /s/ *Dawn Davis*
Dawn L. Davis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

By: */s/ Lawrence Mittin*
B. Kyle Bass, Esq.
1015 Locust Street, Suite 1200
St. Louis, MO 63101

*Attorneys for Defendant Parker-Hannifin Corporation*

Lawrence E. Mittin, Esq.
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

**ORDER**

**IT IS ORDERED.**

**DATED** this 16th day of November 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

4863-9425-1341

- 2 -

7312595.2