Lawrence E. Mittin, Esq.
Nevada Bar No. 005428
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV 89101
(702) 380-2800
Fax: (702) 380-2833
lmittin@cpklaw.com
Of Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CRANE CO., et al.,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:20-CV-00276-RFB-VCF<br><br>**STIPULATION FOR DISMISSAL OF WYETH HOLDINGS LLC** |

IT IS HEREBY STIPULATED by and between Plaintiff JORDAN J. POTTER and Defendant WYETH HOLDINGS LLC, through their undersigned counsel of record, that Plaintiff's First Amended Complaint in the above-entitled action shall be dismissed <u>with prejudice</u> as to Plaintiff Jordan Potter's allegations against WYETH HOLDINGS LLC <u>only</u>, with the parties to bear their own costs and attorneys' fees.

//
//
//
//
//
//

- 1 -

Plaintiff's First Amended Complaint and his claims alleged against all other Defendants are <u>not</u> dismissed and shall remain in effect.

| | |
|---|---|
| Dated this 11th day of June, 2024 | Dated this 11th day of June, 2024 |

CRAIG P. KENNY & ASSOC.    KING & SPALDING LLP

By: _/s/ Lawrence E. Mittin_
LAWRENCE E. MITTIN, ESQ.
Nevada Bar No. 005428
501 S. 8th St.
Las Vegas, NV 89101

*Of Attorneys for Plaintiff*

By: _/s/ Troy D. McMahan_
TROY D. MCMAHAN
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1205

Stephanie A. Le
Peter A. Strotz
633 West Fifth St, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355

WILEY PETERSEN
Robert J. Caldwell
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145
Telephone: (702) 910-3329
Fax: (702) 553-3467

*Of Attorneys for
Defendant Wyeth Holdings LLC*

## CERTIFICATE OF SERVICE

I certify that I am an employee of CRAIG P. KENNY & ASSOCIATES and that on the 11th day of June, 2024, I served a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL OF WYETH HOLDINGS LLC** to all parties on file with the CM/ECF:

| **PLAINTIFF JORDAN POTTER** |
| --- |
| CRAIG P. KENNY & ASSOCIATES<br>Lawrence E. Mittin, Esq.<br>501 S. 8th Street<br>Las Vegas, NV 89101<br>Telephone: (702) 380-2800<br>Facsimile: (702) 380-2833<br><br>lmittin@cpklaw.com<br>shanks@cpklaw.com |
| **CRANE CO.** |
| MESSNER REEVES<br>Edgar Carranza, Esq.<br>8945 W. Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br><br>ECarranza@messner.com |
| **GENERAL ELECTRIC COMPANY** |
| J Christopher Jorgensen<br>Nevada Bar No. 5382<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: (702) 949-8200<br><br>cjorgensen@lewisroca.com |

**IMO INDUSTRIES, INC.**
MESSNER REEVES
Edgar Carranza, Esq.
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148

ECarranza@messner.com

**WYETH HOLDINGS LLC f/k/a AMERICAN CYANAMID COMPANY**
KING & SPALDING LLP
Troy D. McMahan
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1205

Stephanie A. Le
Peter A. Strotz
633 West Fifth St, Suite 1600
Los Angeles, CA  90071
Telephone: (213) 443-4355

WILEY PETERSEN
Robert J. Caldwell
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145
Telephone: (702) 910-3329
Fax: (702) 553-3467

tMcmahan@kslaw.com
sle@kslaw.com
RCaldwell@wileypetersenlaw.com
dkidd@wileypetersenlaw.com
cdugenia@wileypetersenlaw.com
pstrotz@kslaw.com
sbutler@kslaw.com
SSarff@KSLAW.com
sle@kslaw.com
jgranados@kslaw.com

    [ ]    Hand Delivery
    [ ]    Facsimile Transmission
    [ ]    U.S. Mail, Postage Prepaid
    [X]    CM/ECF E-Filing Service System

/s/
An Employee of CRAIG P. KENNY & ASSOCIATES

Lawrence E. Mittin, Esq.
Nevada Bar No. 005428
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV 89101
(702) 380-2800
Fax: (702) 380-2833
lmittin@cpklaw.com
Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN J. POTTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CRANE CO., et al.,<br><br>　　　　　　Defendants. | CASE NO.: 2:20-CV-00276-RFB-VCF<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT WYETH HOLDINGS LLC |

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT WYETH HOLDINGS LLC**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action by Plaintiff JORDAN J. POTTER is Dismissed with Prejudice as to Defendant WYETH HOLDINGS LLC, pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own litigation expenses, including attorney's fees and costs incurred in this action.

**ORDER**

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: _June 25, 2024_