Lawrence E. Mittin, Esq.
Nevada Bar No. 005428
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV 89101
(702) 380-2800
Fax: (702) 380-2833
lmittin@cpklaw.com
Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

JORDAN J. POTTER,

              Plaintiff,

v.

CRANE CO., et al.,

              Defendants.

CASE NO.: 2:20-CV-00276-RFB-VCF

**STIPULATION FOR DISMISSAL
OF IMO INDUSTRIES, INC.**

      IT IS HEREBY STIPULATED by and between Plaintiff JORDAN J. POTTER and Defendant IMO INDUSTRIES, INC., through their undersigned counsel of record, that Plaintiff's First Amended Complaint in the above-entitled action shall be dismissed <u>with prejudice</u> as to Plaintiff Jordan Potter's allegations against IMO INDUSTRIES, INC., <u>only</u>, with the parties to bear their own costs and attorneys' fees.

//

//

//

//

//

//

Plaintiff's First Amended Complaint and his claims alleged against all other Defendants are not dismissed and shall remain in effect.

Dated this 11th day of June, 2024

CRAIG P. KENNY & ASSOC.

By:  */s/ Lawrence E. Mittin*
LAWRENCE E. MITTIN, ESQ.
Nevada Bar No. 005428
501 S. 8th Street
Las Vegas, NV  89101


*Of Attorneys for Plaintiff*

Dated this 11th day of June, 2024

MESSNER REEVES

By: */s/ Edgar Carranza*
EDGAR CARRANZA
Nevada Bar No. 5902
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148


*Of Attorneys for Defendant IMO Industries, Inc.*

1

## CERTIFICATE OF SERVICE

I certify that I am an employee of CRAIG P. KENNY & ASSOCIATES and that on the

11th day of June, 2024, I served a true and correct copy of the foregoing **STIPULATION FOR**

**DISMISSAL OF IMO INDUSTRIES, INC.**, to all parties on file with the CM/ECF:

**PLAINTIFF JORDAN POTTER**
CRAIG P. KENNY & ASSOCIATES
Lawrence E. Mittin, Esq.
501 S. 8th Street
Las Vegas, NV  89101
Telephone:  (702) 380-2800
Facsimile:  (702) 380-2833

lmittin@cpklaw.com
shanks@cpklaw.com

**CRANE CO.**
MESSNER REEVES
Edgar Carranza, Esq.
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148

ECarranza@messner.com

**GENERAL ELECTRIC COMPANY**
J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200

cjorgensen@lewisroca.com

**IMO INDUSTRIES, INC.**
MESSNER REEVES
Edgar Carranza, Esq.
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148

ECarranza@messner.com

**WYETH HOLDINGS LLC f/k/a AMERICAN CYANAMID COMPANY**
KING & SPALDING LLP
Troy D. McMahan
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1205

Stephanie A. Le
Peter A. Strotz
633 West Fifth St, Suite 1600
Los Angeles, CA  90071
Telephone: (213) 443-4355

WILEY PETERSEN
Robert J. Caldwell
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145
Telephone: (702) 910-3329
Fax: (702) 553-3467

tMcmahan@kslaw.com
sle@kslaw.com
RCaldwell@wileypetersenlaw.com
dkidd@wileypetersenlaw.com
cdugenia@wileypetersenlaw.com
pstrotz@kslaw.com
sbutler@kslaw.com
SSarff@KSLAW.com
sle@kslaw.com
jgranados@kslaw.com

[ ]     Hand Delivery
[ ]     Facsimile Transmission
[ ]     U.S. Mail, Postage Prepaid
[X]    CM/ECF E-Filing Service System

/s/
An Employee of CRAIG P. KENNY & ASSOCIATES

1   Lawrence E. Mittin, Esq.
    Nevada Bar No.  005428
2   CRAIG P. KENNY & ASSOCIATES
    501 S. 8th Street
3   Las Vegas, NV  89101
    (702) 380-2800
4   Fax:  (702) 380-2833
    lmittin@cpklaw.com
5   Of Attorneys for Plaintiff

6

7                  **UNITED STATES DISTRICT COURT**
                   **FOR THE DISTRICT OF NEVADA**
8

9
    JORDAN J. POTTER,                           CASE NO.: 2:20-CV-00276-RFB-VCF
10
                        Plaintiff,              **[PROPOSED] ORDER GRANTING**
11                                              **DISMISSAL WITH PREJUDICE**
                                                **OF DEFENDANT IMO**
    v.                                          **INDUSTRIES, INC.**
12
    CRANE CO., et al.,
13
                        Defendants.
14

15
        **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT**
16                        **IMO INDUSTRIES, INC..**

17

18

19

20

21

22

23

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action by Plaintiff JORDAN J. POTTER is Dismissed with Prejudice as to Defendant IMO Industries, Inc., pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own litigation expenses, including attorney's fees and costs incurred in this action.

**ORDER**

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 25, 2024 _____