1  Lawrence E. Mittin, Esq.
   Nevada Bar No. 005428
2  CRAIG P. KENNY & ASSOCIATES
   501 S. 8th Street
3  Las Vegas, NV 89101
   (702) 380-2800
4  Fax: (702) 380-2833
   lmittin@cpklaw.com
5  Of Attorneys for Plaintiff

6

7              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEVADA
8

9
   JORDAN J. POTTER,                    CASE NO.: 2:20-CV-00276-RFB-VCF
10
                  Plaintiff,            **STIPULATION FOR DISMISSAL
11                                      OF REDCO CORPORATION,
   v.                                   F/K/A CRANE CO.**
12
   CRANE CO., et al.,
13
                  Defendants.
14

15     IT IS HEREBY STIPULATED by and between Plaintiff JORDAN J. POTTER and

16 Defendant REDCO CORPORATION, F/K/A CRANE CO., through their undersigned counsel of

17 record, that Plaintiff's First Amended Complaint in the above-entitled action shall be dismissed

   with prejudice as to Plaintiff Jordan Potter's allegations against REDCO CORPORATION, F/K/A
18
   CRANE CO. only, with the parties to bear their own costs and attorneys' fees.
19 //
20 //
21 //
22 //
23 //
   //

- 1 -

Plaintiff's First Amended Complaint and his claims alleged against all other Defendants are <u>not</u> dismissed and shall remain in effect.

| | |
|---|---|
| Dated this 11th day of June, 2024 | Dated this 11th day of June, 2024 |
| CRAIG P. KENNY & ASSOC. | MESSNER REEVES |
| By: _/s/ Lawrence E. Mittin_<br>LAWRENCE E. MITTIN, ESQ.<br>Nevada Bar No. 005428<br>501 S. 8th Street<br>Las Vegas, NV 89101 | By: _/s/ Edgar Carranza_<br>EDGAR CARRANZA<br>Nevada Bar No. 5902<br>8945 W. Russell Road, Suite 300<br>Las Vegas, Nevada 89148 |
| *Of Attorneys for Plaintiff* | *Of Attorneys for Defendant Redco f/k/a Crane Co.* |

# CERTIFICATE OF SERVICE

I certify that I am an employee of CRAIG P. KENNY & ASSOCIATES and that on the 11th day of June, 2024, I served a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL OF REDCO CORPORATION, F/K/A CRANE CO.** to all parties on file with the CM/ECF:

| **PLAINTIFF JORDAN POTTER**<br>CRAIG P. KENNY & ASSOCIATES<br>Lawrence E. Mittin, Esq.<br>501 S. 8th Street<br>Las Vegas, NV 89101<br>Telephone: (702) 380-2800<br>Facsimile: (702) 380-2833<br><br>lmittin@cpklaw.com<br>shanks@cpklaw.com |
|---|
| **CRANE CO.**<br>MESSNER REEVES<br>Edgar Carranza, Esq.<br>8945 W. Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br><br>ECarranza@messner.com |
| **GENERAL ELECTRIC COMPANY**<br>J Christopher Jorgensen<br>Nevada Bar No. 5382<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: (702) 949-8200<br><br>cjorgensen@lewisroca.com |

| | |
|---|---|
| 1 | **IMO INDUSTRIES, INC.**<br>MESSNER REEVES |
| 2 | Edgar Carranza, Esq.<br>8945 W. Russell Road, Suite 300 |
| 3 | Las Vegas, Nevada 89148 |
| 4 | ECarranza@messner.com |
| 5 | |
| 6 | **WYETH HOLDINGS LLC f/k/a AMERICAN CYANAMID COMPANY**<br>KING & SPALDING LLP |
| 7 | Troy D. McMahan<br>50 California Street, Suite 3300 |
| 8 | San Francisco, CA 94111<br>Telephone: (415) 318-1205 |
| 9 | |
| 10 | Stephanie A. Le<br>Peter A. Strotz<br>633 West Fifth St, Suite 1600 |
| 11 | Los Angeles, CA 90071<br>Telephone: (213) 443-4355 |
| 12 | |
| 13 | WILEY PETERSEN<br>Robert J. Caldwell |
| 14 | 1050 Indigo Dr., Suite 200B<br>Las Vegas, NV 89145 |
| 15 | Telephone: (702) 910-3329<br>Fax: (702) 553-3467 |
| 16 | tMcmahan@kslaw.com<br>sle@kslaw.com |
| 17 | RCaldwell@wileypetersenlaw.com<br>dkidd@wileypetersenlaw.com |
| 18 | cdugenia@wileypetersenlaw.com<br>pstrotz@kslaw.com |
| 19 | sbutler@kslaw.com<br>SSarff@KSLAW.com |
| 20 | sle@kslaw.com<br>jgranados@kslaw.com |

21     [ ]     Hand Delivery
       [ ]     Facsimile Transmission
22     [ ]     U.S. Mail, Postage Prepaid
       [X]    CM/ECF E-Filing Service System

23     /s/
    An Employee of CRAIG P. KENNY & ASSOCIATES

```
 1  Lawrence E. Mittin, Esq.
    Nevada Bar No. 005428
 2  CRAIG P. KENNY & ASSOCIATES
    501 S. 8th Street
 3  Las Vegas, NV  89101
    (702) 380-2800
 4  Fax: (702) 380-2833
    lmittin@cpklaw.com
 5  Of Attorneys for Plaintiff

 6

 7             UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEVADA
 8
```

| | |
|---|---|
| JORDAN J. POTTER,<br><br>  Plaintiff,<br><br>v.<br><br>CRANE CO., et al.,<br><br>  Defendants. | CASE NO.: 2:20-CV-00276-RFB-VCF<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT REDCO CORPORATION, F/K/A CRANE CO.** |

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT REDCO CORPORATION, F/K/A CRANE CO.**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action by Plaintiff JORDAN J. POTTER is Dismissed with Prejudice as to Defendant REDCO CORPORATION, F/K/A CRANE CO., pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own litigation expenses, including attorney's fees and costs incurred in this action.

**ORDER**

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: _____June 25, 2024_____